# EXHIBIT A

Original - Court  2nd Copy - Plaintiff
1st Copy- Defendant  3rd Copy -Return

| **STATE OF MICHIGAN**<br>**THIRD JUDICIAL CIRCUIT**<br>**WAYNE COUNTY** | **SUMMONS** | **CASE NO.**<br>25-005540-CZ<br>Hon. Martha M. Snow |
|---|---|---|

Court telephone no.: 313-224-6889

| Plaintiff's name(s), address(es), and telephone no(s)<br>DOE, JOHN | v | Defendant's name(s), address(es), and telephone no(s).<br>DOE, JANE |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br>JOHN DOE<br>Ref. No. 11<br>Ref. No. 11, MI 48197 | | Account - 34 District Court<br>34th District Court<br>11129 Wayne Road<br>Romulus, MI 48174 - (734) 941-4462 |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐_____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.  | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>4/15/2025 | Expiration date*<br>7/15/2025 | Court clerk<br>Carla Keefe |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)  **SUMMONS**  MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



# STATE OF MICHIGAN

## In the 3rd Judicial Circuit
## County of Wayne

---

## NOTICE OF RE-HEARING

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
        Plaintiff

CITY OF ROMULUS, et al.
                Defendants.
_____/

TO ALL PARTIES:

PLEASE TAKE NOTICE that the Ex Parte Motion for Preliminary Injunction filed by Plaintiff in this matter is now scheduled to be heard before the Honorable Judge Martha Snow as follows:

Date:        Friday, May 16th, 2025
Time:        11:00 A.M.
Location:    ZOOM - ID# 983.710.9401

This hearing was set by the Court and supersedes any previously requested hearing dates.

**Respectfully submitted,**

/s/   <u>John Doe</u>

John Doe
in Pro se

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | REQUEST FOR HEARING ON A MOTION (PRAECIPE) ORDER/ADJOURNMENT | CASE NO. 25-005540-CZ |
|---|---|---|

2 Woodward Avenue, Detroit MI 48226     Courtroom 1821 CAYMC     Court Telephone No: 313-224-6889

| Plaintiff name and address<br>JOHN DOE<br>Ref. No. 11 | | Defendant name and address<br>CITY OF ROMULUS, ET AL. |
|---|---|---|
| Plaintiff's attorney, bar no., address and telephone no.<br><br>Ref. No. 11<br>Ref. No. 11 ,MI,48197 | V | Defendant's attorney, bar no., address and telephone no. |

List additional attorneys on other side

1. Motion Title:    EX PARTE MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

2. Moving Party:    JOHN DOE        Telephone No    (734) 271-2793

3. Please place on the motion calendar for:

25-005540-CZ
FILED IN MY OFFICE
WAYNE COUNTY
CLERK
04-24-2025 1:49:48 PM
CATHY M. GARRETT
/s/ Gloria Napper

| Judge Martha M. Snow | Bar No. 45204 | Date : 5/16/2025 | Time : 11:00 AM |
|---|---|---|---|

Adj. To:_____    Adj. To:_____    Adj. To:_____

The motion will be decided [ ] without oral argument [X] with oral argument as indicated above

Comment A JUDGE"S COPY OF EACH MOTION MUST BE DELIVERED TO THE COURTROOM.
THIS MOTION HAS BEEN SCHEDULED FOR A DIFFERENT DATE AND/OR TIME SLOT THAN REQUESTED.
Please e-file and serve a Re-Notice of Hearing and a Proof of Service for the same, in accordance with the Michigan Court Rules.
You do NOT need to file another praecipe. ZOOM MEETING

4. I certify that I have had personal contact with As this is an ex parte motion submitted before ser on   4/23/2025   regarding concurrence in the relief sought in this motion and that concurrence has been denied or that I have made responsible and diligent attempts to contact counsel requesting concurrence with motion.

Date :    4/23/2025      Attorney :    Pro Se          Bar No. :

### ORDER / ADJOURNMENT

Pursuant to MCR 2.119(E)(3), the Court may dispense with oral argument, IT IS ORDERED THAT THIS MOTION IS:

[ ] ORAL ARGUMENT IS ORDERED via ZOOM on _____ at _____ am/pm

[ ] DENIED     [ ] TAKEN UNDER ADVISEMENT     A written or oral decision will be rendered by _____

[ ] GRANTED     [ ] GRANTED IN PART / DENIED IN PART     [ ] DISMISSED     [ ] IT IS FURTHER ORDERED

Date _____

**2011-3CC (05/2020) REQUEST FOR HEARING ON A MOTION (PRAECIPE) ORDER/ADJOURNMENT**

THIRD CIRCUIT COURT JUDGE

**2011-3CC (05/2020) REQUEST FOR HEARING ON A MOTION (PRAECIPE) ORDER/ADJOURNMENT**

# STATE OF MICHIGAN

### In the 3rd Judicial Circuit
### County of Wayne

---

## CIVIL COVER SHEET

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
      Plaintiff

CITY OF ROMULUS, et al.
      Defendants.
_____/

## I. Case Type

    ☑ General Civil

    ☐ Landlord/Tenant

☐ Probate

☐ Family Division

☐ Other: _____

Case Code (from MCR 8.117 and SCAO): *Other Civil Complaint* – "OT"

## II. Parties Involved

Plaintiff:

John Doe

In his Individual Capacity and as Grantor and Trustee of

SAVVYWISER INVESTMENTS & TRUST

[Address on file with the Court]

Defendants:

- CITY OF ROMULUS

- OFFICER KOSOSKI (in his individual and official capacity)

- ALAN HINDMAN (in his individual and official capacity)

- MARLISA SNIDER (in her individual and official capacity)

- JANE DOE (in her individual and official capacity)

## III. Nature of Action (Check all that apply)

☑ Violation of Civil Rights – 42 U.S.C. § 1983

☑ Conspiracy to Interfere with Civil Rights – 42 U.S.C. § 1985(3)

☑ Common Law Conversion / Identity Misappropriation

☑ Declaratory & Injunctive Relief

☑ Unauthorized Commercial Use of Trade Name

☑ Unjust Enrichment

☑ Constitutional Violation (Due Process / Equal Protection)

## IV. Jury Demand

☑ Jury trial requested

☐ Non-jury

## V. Related Cases

Are there related cases?

☐ Yes

☒ No

## VI. Additional Information

Plaintiff is proceeding under pseudonym due to privacy and safety concerns. Plaintiff asserts standing both as an individual whose name and identity were used without consent and as trustee of a trust that holds the affected proprietary trade name. This complaint seeks both equitable and monetary relief.

**Respectfully submitted,**

/s/   <u>John Doe</u>

John Doe
in Pro se

# STATE OF MICHIGAN

## In the 3rd Judicial Circuit
## County of Wayne

### JURY DEMAND

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
          Plaintiff

CITY OF ROMULUS, et al.
          Defendants.
_____/

NOW COMES the Plaintiff, appearing pro se and in his individual capacity and as the lawful Grantor and Trustee of SAVVYWISER INVESTMENTS & TRUST, and hereby demands a trial by jury on all issues so triable in this cause pursuant to MCR 2.508(A) and applicable constitutional provisions.

This demand is made in accordance with Plaintiff's right to a trial by jury under the Seventh Amendment to the United States Constitution, Article I, Section 14 of the Michigan Constitution, and the Michigan Court Rules.

**Respectfully submitted,**


/s/   <u>John Doe</u>

　　　John Doe
　　　in Pro se

# STATE OF MICHIGAN

**In the 3rd Judicial Circuit**
**County of Wayne**

## NOTICE OF USE OF PSEUDONYM "JOHN DOE"

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
      Plaintiff

CITY OF ROMULUS, et al.
      Defendants.
_____/

TO ALL PARTIES:

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned matter is proceeding under the pseudonym "John Doe", as permitted in limited circumstances under Michigan and federal law. This pseudonym is being used solely to protect the Plaintiff's identity in connection with claims of identity theft, governmental abuse, and unauthorized commercial use of trust-held property.

A formal Ex Parte Motion to Proceed Under a Pseudonym has been filed with the Court and is currently pending review before the Honorable Judge Martha Snow.

Defendants are hereby advised that:

- The true legal identity of Plaintiff is known to the Defendants, and

- Plaintiff is not attempting to obscure any facts relevant to discovery or litigation,

- This filing is made in compliance with applicable law and court rules.

This notice is served contemporaneously with the Summons, Verified Complaint, and related pleadings.

Respectfully submitted,

/s/   John Doe

    John Doe
    in Pro se

# STATE OF MICHIGAN

### In the 3rd Judicial Circuit
### County of Wayne

## EX PARTE

## MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
   Plaintiff

CITY OF ROMULUS, et al.
     Defendants.
_____/

NOW COMES Plaintiff, appearing pseudonymously as JOHN DOE and in his individual capacity and as the lawful Grantor and Trustee of SAVVYWISER INVESTMENTS & TRUST, and respectfully moves this Honorable Court ex parte, pursuant to MCR 3.310(A) and the equitable powers of this Court, for entry of a preliminary injunction. Plaintiff seeks: (1) an immediate stay

Document received by the MI Wayne 3rd Circuit Court.

of all proceedings under 34th District Court Case No. 2025-25RP01136-ON; (2) an order

restraining Defendants from further unauthorized use of Plaintiff's name and trust-held trade

name, "JOHN DOE™," in any financial, judicial, or administrative instrument; and (3) an order

requiring that all proceeds from accounts, securities, bonds, or any financial instruments

generated from the use of Plaintiff's name be immediately accounted for and held in escrow

pending further order of this Court.

---

## I. INTRODUCTION

Plaintiff, in his individual capacity and as Grantor and Trustee of SAVVYWISER INVESTMENTS

& TRUST, brings this civil rights action against municipal officers and judicial agents who, under

color of law, unlawfully seized and used Plaintiff's personal and proprietary trade name without

consent. Their actions resulted in the monetization and securitization of Plaintiff's identity. The

underlying misconduct includes the creation of municipal securities indexed to Plaintiff's name

(CUSIP 69391617; Fund PMLAX), despite the absence of any lawful contract or agreement

permitting such use. Plaintiff's name and legal identity, both in his individual and commercial

capacity, are private property, with the trade name lawfully assigned to a duly formed trust.

Defendants used this property to facilitate municipal revenue generation without authority or

compensation.

Unless enjoined, Defendants' actions will cause irreparable harm to Plaintiff in both

capacities—individually and as trustee—by subjecting him to financial liabilities, reputational

2

Document received by the MI Wayne 3rd Circuit Court.

damage, and systemic racial discrimination in violation of 42 U.S.C. §§ 1983 and 1985(3), as well as the Fifth and Fourteenth Amendments to the U.S. Constitution.

## II. LEGAL STANDARD

Under MCR 3.310(A) and longstanding Michigan precedent, a preliminary injunction is appropriate where:

- The moving party has a substantial likelihood of success on the merits;
- The party will suffer irreparable harm absent relief;
- The balance of harms favors the moving party; and
- The public interest will not be harmed, and may be served, by the injunction.

*See Thermatool Corp. v. Borzym, 227 Mich. App. 366, 376 (1998); Alliance for the Mentally Ill v. Dep't of Community Health, 231 Mich. App. 647, 660 (1998).*

## III. ARGUMENT

### A. Plaintiff Has a Substantial Likelihood of Success on the Merits

Document received by the MI Wayne 3rd Circuit Court.

Plaintiff's complaint asserts colorable and well-supported claims under:

- 42 U.S.C. § 1983 (deprivation of personal and proprietary property without due process);
- 42 U.S.C. § 1985(3) (racially motivated conspiracy);
- Common law conversion and misappropriation (unauthorized use of Plaintiff's personal and trust-held trade name);
- MCL 429.42 (protection of proprietary and commercial names);
- MCL 445.63 & 445.72 (Michigan Identity Theft Protection Act);
- 15 U.S.C. § 1681b & § 1681q (FCRA - unauthorized or false pretenses use of consumer information);
- MCL 750.362 (Larceny by Conversion).

Evidence shows that Defendants unlawfully initiated administrative proceedings against Plaintiff by using a trade name he never authorized them to use, and subsequently monetized that name through court docketing and financial indexing. The name "JOHN DOE™" belongs to Plaintiff in his individual capacity and is further assigned to the SAVVYWISER INVESTMENTS & TRUST under lawful documentation. Defendants had no license, consent, or legal basis to appropriate the name, and Plaintiff has shown a direct connection between that use and publicly disclosed municipal revenue instruments.

**B. Plaintiff Faces Irreparable Harm**

Absent immediate relief, Plaintiff will continue to face commercial and reputational harm, exposure to unauthorized debt and obligations, and deprivation of privacy and property rights. The wrongful use of Plaintiff's name undermines his trust, his personhood, and his commercial interests. Michigan law holds that irreparable harm exists when constitutional rights or

Document received by the MI Wayne 3rd Circuit Court.

proprietary interests are in jeopardy. See Michigan AFSCME Council 25 v.

Woodhaven-Brownstown Sch. Dist., 293 Mich. App. 143, 149 (2011). Further, irreparable harm

is presumed in instances of identity theft, unjust enrichment, and commercial misappropriation

under Michigan law and federal privacy statutes.

## C. The Balance of Harms Favors Plaintiff

The Defendants face no legitimate injury from being prohibited from further unauthorized use of

Plaintiff's name. Plaintiff, on the other hand, risks irreversible financial, reputational, and legal

damage. Preserving the status quo will protect Plaintiff from further harm while causing no

prejudice to Defendants.

## D. The Public Interest Supports Granting Relief

This matter raises profound public interest concerns regarding the misuse of legal names,

financial exploitation under color of law, and violations of civil rights. Granting preliminary relief

will protect not only Plaintiff but also the broader public interest in due process and constitutional

protections. See G & V Lounge, Inc. v. Michigan Liquor Control Comm'n, 23 F.3d 1071, 1079

(6th Cir. 1994).

Document received by the MI Wayne 3rd Circuit Court.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff, individually and as Grantor and Trustee of SAVVYWISER
INVESTMENTS & TRUST, respectfully requests that this Court enter an ex parte order:

1. Staying all proceedings and enforcement actions under 34th District Court Case No.
   2025-25RP01136-ON;

2. Prohibiting all Defendants from further use of the name "JOHN DOE™" or any derivative
   thereof in any court filing, financial record, or administrative instrument without Plaintiff's
   express written consent;

3. Directing the removal of all instruments, records, or public filings containing the disputed
   name from active circulation;

4. Ordering the immediate accounting and sequestration of all proceeds, funds, accounts,
   bonds, or securities created, held, or distributed using Plaintiff's name or identity in any
   form, and requiring that such assets be held in escrow pending further order of this
   Court;

5. Preserving all relevant records for discovery and forensic financial tracing; and

6. Granting any other relief the Court deems just and proper.

**Respectfully submitted,**

/s/   <u>John Doe</u>

   John Doe
   in Pro se

Document received by the MI Wayne 3rd Circuit Court.

# STATE OF MICHIGAN

### In the 3rd Judicial Circuit
### County of Wayne

## MEMORANDUM OF LAW IN SUPPORT OF

## EX PARTE

## MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
      Plaintiff

CITY OF ROMULUS, et al.
      Defendants.
_____/

## I. INTRODUCTION

This Memorandum of Law supports Plaintiff's Ex Parte Motion for Preliminary Injunctive Relief

filed concurrently herewith. Plaintiff seeks equitable relief under Michigan Court Rule (MCR)

Document received by the MI Wayne 3rd Circuit Court.

3.310(A) and relevant statutory and constitutional authorities due to the unauthorized use, monetization, and securitization of Plaintiff's trust-held name and identifiers.

## II. STANDARD FOR PRELIMINARY INJUNCTION

Under MCR 3.310(A) and controlling Michigan case law, a preliminary injunction is warranted when:

1. The moving party has a strong likelihood of success on the merits;
2. The moving party will suffer irreparable harm without the injunction;
3. The balance of equities favors the moving party; and
4. Issuance of the injunction serves the public interest.

See Thermatool Corp. v. Borzym, 227 Mich. App. 366, 376 (1998); Alliance for the Mentally Ill v. Dep't of Community Health, 231 Mich. App. 647, 660 (1998).

## III. PLAINTIFF HAS A STRONG LIKELIHOOD OF SUCCESS ON THE MERITS

Plaintiff asserts actionable and well-supported claims under:

- 42 U.S.C. § 1983: For deprivation of rights under color of law including due process violations.
- 42 U.S.C. § 1985(3): For conspiracy to deprive civil rights based on race and class-based animus.
- MCL 429.42: Prohibits unauthorized use of proprietary or assumed names.
- MCL 445.63 & 445.72: Michigan Identity Theft Protection Act.

Document received by the MI Wayne 3rd Circuit Court.

2

- MCL 750.362: Larceny by conversion.
- 15 U.S.C. §§ 1681b & 1681q: Violations of the Fair Credit Reporting Act (FCRA) for obtaining or using consumer information under false pretenses or without permissible purpose.

These statutes and claims directly relate to the Plaintiff's allegations of unauthorized registration, use, and securitization of his proprietary name, resulting in unlawful monetization without consent.

**IV. PLAINTIFF FACES IRREPARABLE HARM**

Michigan courts recognize that irreparable harm exists where constitutional rights are threatened or proprietary interests are impaired. See Michigan AFSCME Council 25 v. Woodhaven-Brownstown Sch. Dist., 293 Mich. App. 143, 149 (2011). In this case, Plaintiff risks:

- Reputational and financial injury from misappropriated trust property;
- Continued misuse of personally identifying and trust-controlled information;
- Loss of commercial rights associated with the proprietary trade name.

Absent injunctive relief, these harms will continue to occur and cannot be fully remedied by monetary damages alone.

Document received by the MI Wayne 3rd Circuit Court.

## V. BALANCE OF HARMS FAVORS PLAINTIFF

The injunction merely prohibits Defendants from engaging in further unauthorized conduct and preserves the status quo. The City and its officers suffer no cognizable harm from complying with constitutional, statutory, and fiduciary boundaries.

## VI. THE PUBLIC INTEREST SUPPORTS INJUNCTIVE RELIEF

The public has a strong interest in the protection of individual privacy, due process rights, and preventing the unauthorized exploitation of trust property. See G & V Lounge, Inc. v. Michigan Liquor Control Comm'n, 23 F.3d 1071, 1079 (6th Cir. 1994).

Granting this relief promotes government transparency and ensures judicial and administrative compliance with both federal and state laws.

## VII. CONCLUSION

Plaintiff has demonstrated a substantial likelihood of success, the presence of irreparable harm, a favorable balance of harms, and the benefit to the public interest. Therefore, issuance of a preliminary injunction is proper and necessary under Michigan law.

**Respectfully submitted,**

/s/   John Doe

     John Doe
     in Pro se

4

Document received by the MI Wayne 3rd Circuit Court.

# STATE OF MICHIGAN

### In the 3rd Judicial Circuit
### County of Wayne

## ORDER GRANTING EX PARTE MOTION FOR

## PRELIMINARY INJUNCTIVE RELIEF

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
      Plaintiff

CITY OF ROMULUS, et al.
      Defendants.
_____/

This matter having come before the Court on Plaintiff's Ex Parte Motion for Preliminary Injunctive Relief, supporting Memorandum of Law, and the Court having reviewed the motion, the pleadings, and all supporting documentation, and being fully advised in the premises:

IT IS HEREBY ORDERED:

Document received by the MI Wayne 3rd Circuit Court.

1. All proceedings and enforcement actions in 34th District Court Case No. 2025-25RP01136-ON are hereby STAYED until further order of this Court.

2. Defendants, and any of their officers, employees, agents, or assigns, are hereby ENJOINED from further use, transmission, publication, or registration of the name "JOHN DOE™" or any derivative thereof, in any administrative, judicial, or financial proceeding, document, or record, without the prior express written consent of Plaintiff.

3. Defendants shall immediately remove and sequester all records, filings, or entries containing the name "JOHN DOE™" that are associated with any commercial, legal, or financial instrument, and provide a complete inventory of such entries to Plaintiff within 14 days of service of this Order.

4. Defendants shall account for and deposit in escrow, under the supervision of this Court or a Court-appointed neutral, all proceeds, funds, bonds, or instruments created using Plaintiff's name or identifiers until further order of this Court.

5. Defendants are directed to preserve all relevant records, data, and communications pertaining to the claims herein for the purposes of discovery and forensic analysis.

6. This Order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Hon. _____           Date: April _____, 2025
      Martha Snow
      Circuit Court Judge

Document received by the MI Wayne 3rd Circuit Court.

# STATE OF MICHIGAN

### In the 3rd Judicial Circuit
### County of Wayne

**VERIFIED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, DAMAGES, AND STATUTORY CLAIMS UNDER 42 U.S.C. §§ 1983, 1985; 15 U.S.C. §§ 1681, 1125; AND MICHIGAN LAW INCLUDING CIVIL EXTORTION, UNJUST ENRICHMENT, AND IDENTITY THEFT**

Case Number: 25-005540-CZ

Judge: Martha Snow

Case Type: CZ

JOHN DOE,
      Plaintiff

CITY OF ROMULUS, et al.
      Defendants.
_____/

## Nature of the Action

This is a civil action brought by Plaintiff John Doe in his individual capacity as an injured party,

and concurrently in his fiduciary capacity as the duly appointed and acting Grantor and Trustee

Document received by the MI Wayne 3rd Circuit Court.

of SAVVYWISER INVESTMENTS & TRUST. Plaintiff seeks redress for personal, reputational, and commercial injuries resulting from the unauthorized and unlawful use of his personal name and trust-held trade name by officers, administrators, and agents of the City of Romulus and the 34th District Court, who acted under color of law and in violation of federal and state statutes.

Plaintiff asserts that Defendants knowingly forged and processed documents containing Plaintiff's proprietary identifiers, initiated unlawful administrative and financial transactions, and monetized these actions through securitization mechanisms tied to municipal citation revenue. These actions were executed without lawful authority, valid contract, or Plaintiff's consent, and constitute violations under 42 U.S.C. §§ 1983 and 1985(3), the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), and the Lanham Act (15 U.S.C. § 1125), as well as Michigan law governing identity theft, common law conversion, unjust enrichment, and civil extortion.

Plaintiff's name—JOHN DOE™—is lawfully assigned to and owned by SAVVYWISER INVESTMENTS & TRUST. Any usage of the name for financial, administrative, or legal purposes without Plaintiff's written authorization is a violation of his personal and fiduciary rights. As such, Plaintiff brings this action both to vindicate his own constitutional protections and to enforce the trust's exclusive control over its intellectual and proprietary assets.

The relief sought includes declaratory and injunctive orders, forensic accounting, compensatory and punitive damages, and statutory remedies supported by a Fee Schedule governing unauthorized commercial use of the trust-held identifiers. This Court is authorized to grant such relief under the Michigan Constitution, the Michigan Declaratory Judgment Act, and the federal and state statutes identified in the jurisdictional section of this Complaint.

Document received by the MI Wayne 3rd Circuit Court.

Plaintiff does not assert claims on behalf of any third parties and brings this action solely in relation to harms sustained by himself and his trust. No license to practice law is required to advance these claims, which fall within Plaintiff's protected rights as an injured individual and fiduciary trustee.

## Related Proceedings Disclosure

This is a newly initiated civil action brought in the Third Judicial Circuit Court. Although it arises from events that occurred in connection with 34th District Court Case No. 2025-25RP01136-ON, this is not an appeal or continuation of that case. Instead, it presents independent constitutional and statutory claims against judicial administrators and municipal officials whose conduct, under color of law, gave rise to violations of Plaintiff's protected rights.

## Jurisdiction and Venue

1. This Court has jurisdiction pursuant to the Constitution of Michigan of 1963, art 6, § 13, and MCL 600.605, which grants Michigan circuit courts jurisdiction over civil claims and equitable relief.

2. Venue is proper under MCL 600.1621 because the acts and omissions occurred in this county, and Defendants conduct official business herein.

3. This Court maintains concurrent jurisdiction over claims arising under 42 U.S.C. §§ 1983 and 1985, as well as those arising under the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.) and the Lanham Act (15 U.S.C. § 1125). This includes § 1125(a), § 1125(a)(1)(A), § 1125(a)(1)(B), and § 1125(a)(2). Pursuant to § 1125(a)(2), the term "any

Document received by the MI Wayne 3rd Circuit Court.

person" includes any State, instrumentality of a State, or employee of a State or instrumentality of a State acting in his or her official capacity. Any such entity is subject to these provisions to the same extent as a nongovernmental entity.

4. The City of Romulus maintains policies, practices, and procedures that permit or fail to prevent the unauthorized processing of legal and financial data derived from municipal citations, including the use of individual identifiers for financial indexing and securitization. The City failed to implement internal controls, supervisory oversight, or disclosure mechanisms to ensure compliance with fiduciary and privacy obligations. As such, the City is liable under Monell v. Department of Social Services, 436 U.S. 658 (1978), for maintaining a policy, practice, or custom that was the moving force behind the constitutional violations alleged herein.

5. This Court further retains jurisdiction under the Michigan Declaratory Judgment Act, MCL 600.5021, and MCL 445.63 through 445.65 (Michigan Identity Theft Protection Act), to address and redress violations involving unauthorized use of Plaintiff's trust-held identifiers, proprietary information, and personal identity.

6. This action also includes a claim of civil extortion under Michigan common law. Plaintiff alleges that Defendants wrongfully used the threat of judicial enforcement, legal fees, and potential incarceration to compel compliance and obtain property or concessions from Plaintiff against his will, with no lawful authority or contract in place. Such conduct constitutes extortion where Defendants leveraged their positions to intimidate Plaintiff into submission, despite the absence of lawful debt or liability.

7. Plaintiff reserves the right to submit further evidence, including the Fee Schedule (attached as Exhibit #), to establish administrative penalties and restitution values consistent with Defendants' unauthorized commercial use of trust-held property.

4

Document received by the MI Wayne 3rd Circuit Court.

**Parties**

1. Plaintiff John Doe is a Black man domiciled in the State of Michigan, who appears under a pseudonym for privacy and protection. He asserts this action in two capacities: (1) personally, as an individual harmed by the unauthorized use of his name and person, and (2) as the lawful Grantor and Trustee of SAVVYWISER INVESTMENTS & TRUST, which holds proprietary rights over the trade name and related property. Plaintiff is the real party in interest in both capacities and seeks to enforce rights that are solely and lawfully his pursuant to the jurisdictional bases outlined above, including those under the Michigan Constitution, MCL 600.605, MCL 445.63–.65, 42 U.S.C. §§ 1983 and 1985, the FCRA, and the Lanham Act.

2. Defendant City of Romulus is a municipal corporation organized under the laws of the State of Michigan and is responsible for the policies, practices, supervision, and oversight of its employees, including law enforcement officers, court staff, and financial officers of the 34th District Court. The City is liable for the acts and omissions of its agents, employees, and departments pursuant to 42 U.S.C. § 1983, including those taken under color of law in violation of constitutional and statutory rights. The City is sued for injunctive, declaratory, and monetary relief.

3. Defendant Officer Kososki is a White male police officer employed by the City of Romulus Police Department, who acted under color of state law and in concert with judicial and administrative officers of the 34th District Court in furtherance of the unlawful acts alleged herein. He is sued in both his individual and official capacity.

4. Defendant Alan Hindman is a White male serving as the Court Administrator and a Magistrate of the 34th District Court, who participated in and/or facilitated the execution of unauthorized judicial and administrative actions, including the processing of forged

5

Document received by the MI Wayne 3rd Circuit Court.

instruments and misappropriation of Plaintiff's identity. He is sued in both his individual and official capacity.

5. Defendant Marlisa Snider is a White female serving as the Clerk of the Court for the 34th District Court, who acted outside the scope of her lawful duties by accepting and/or processing documents and instruments prepared without jurisdiction or consent. She is sued in both her individual and official capacity.

6. Defendant Jane Doe is, upon information and belief, a White female accountant for the 34th District Court whose true name is presently unknown. She participated in the accounting, processing, or monetization of instruments and/or proceeds generated through the unauthorized use of Plaintiff's identity and trust property. She is sued in both her individual and official capacity and will be identified upon discovery.

## Factual Background

1. Plaintiff, a Black man whose birth name is JOHN DOE, is the duly appointed Grantor and Trustee of the common law revocable trust known as SAVVYWISER INVESTMENTS & TRUST. (See Exhibit "A") In the lawful exercise of his constitutional and commercial rights to secure and transact using his name, Plaintiff lawfully established and registered JOHN DOE, LLC. (See Exhibit B) The proprietary trade name JOHN DOE™ was formally assigned by that LLC to SAVVYWISER INVESTMENTS & TRUST, which maintains full legal ownership and exclusive rights of control over the name and all its derivative forms, as evidenced by the LLC's operating agreement and supporting trust documentation. (See Exhibit "C") The name functions simultaneously as Plaintiff's lawful birth name and trust-held intellectual property. Any usage thereof, whether personal, administrative, or commercial, without the express written consent of the Plaintiff, is

6

Document received by the MI Wayne 3rd Circuit Court.

unauthorized and constitutes a breach of trust, unlawful conversion, and actionable identity misappropriation.

2. On or about February 19, 2025, while traveling westbound through the City of Romulus on I-94, Plaintiff was stopped by Defendant Officer Kososki (ID No: 00135), who issued Citation No: 25RP01136 (See Exhibit "D"), alleging a traffic offense that violated a State of Michigan Compiled Law. Without any lawful agreement or contract permitting the use of Plaintiff's name, without consent, notice, or authority, Defendant Kososki affixed the proprietary and protected trade name JOHN DOE™ to a government-issued instrument, initiating legal and financial processes under color of law. The citation bearing the name JOHN DOE™ constitutes a seizure and misappropriation of both personal and private trust property and initiates an unlawful attempt to create taxable financial liability under the guise of administrative enforcement.

3. On February 24, 2025, Plaintiff contacted the 34th District Court to challenge the validity and legal authority of both the citation and the court's jurisdiction. Plaintiff demanded that no financial instruments be created or monetized using his name and that all taxable liabilities be discharged and settled. Despite Plaintiff's demands, the administrators of the court proceeded to schedule for April 10, 2025, what Plaintiff later learned was an informal hearing.

4. Upon discovering on February 27, 2025, that JOHN DOE™, without Plaintiff's agreement or knowledge, had been entered into the 34th District Court's public registry in relation to Case no: 2025-25RP01136-ON, Plaintiff determined that he should file Internal Revenue Form 1099 A to report acquiring the account and all financial instruments created and monetized in relation thereto. (See Exhibit "E")

5. On March 7, 2025 (amended April 2, 2025), Plaintiff submitted IRS Form 1099-B (See Exhibit "F"), identifying taxable municipal securities created and backed by the value of the citation. Plaintiff further filed IRS Form 3949-A (See Exhibit "G"), formally reporting

Document received by the MI Wayne 3rd Circuit Court.

the ongoing conspiracy and unauthorized use of his identity and tradename for the creation of securities. Plaintiff asserted that the court administrators were knowingly and arbitrarily converting the instruments for financial gain and demanded a federal investigation and audit of the account be conducted.

6. On March 25, 2025, Plaintiff received a telephone call from Defendant Jane Doe, identified as the Accountant of the 34th District Court, who was reportedly in the presence of Court Administrator Alan Hindman. During the call, Defendant Jane Doe made threatening and hostile remarks and declared that the court was a tax-exempt entity. She further stated that she would forward the IRS Forms submitted by Plaintiff as "fraud," despite Plaintiff's obligation as a taxpayer to report all taxable events bearing the name JOHN DOE™. These actions were taken in a coordinated effort to conceal the unauthorized financial activity and intimidate Plaintiff into silence.

7. On or about April 3, 2025, Plaintiff independently verified via Bloomberg Terminal that 34th District Court Case No. 2025-25RP01136-ON was indexed under CUSIP 69391617 and linked to Fund PMLAX, a publicly traded municipal bond fund. (See Exhibit "H") This fund's reported asset composition reflects investments in court-generated revenue streams, including municipal citation receivables. Plaintiff's case identifier appeared within the underlying collateralized disclosures. Despite the securitization and monetization of the case, Plaintiff received no compensation, contractual consideration, or benefit. This resulted in the unlawful use of Plaintiff's identity and trust property for revenue-generation purposes without consent, constituting a tangible, commercial injury traceable to Defendants' actions. Plaintiff estimates that the monetized value derived from the use of JOHN DOE™ exceeds $25,000 based on the indexed case volume and per bond valuation common to municipal court revenue projections.

8. On April 4, 2025, Plaintiff filed several motions with the Clerk of the 34th District Court, including a Praecipe noticing the clerk of the federal audit Plaintiff requested pertaining

Document received by the MI Wayne 3rd Circuit Court.

to all instruments, proceeds, and transactions created under or involving the name JOHN DOE™, Citation No: 25RP01136 and case no: 2025-25RP01136-ON. (See Exhibit "I")

9.  On April 10, 2025, Plaintiff attended a Zoom-based informal hearing with Defendants Alan Hindman, Officer Kososki, and Marlisa Snider. During the hearing, Plaintiff formally notified the Defendants that all taxes associated with the citation had been settled and demanded that all instruments, proceeds, and property bearing the name JOHN DOE™ be returned to Plaintiff. Defendant Kososki attempted to extort Plaintiff by claiming that should Plaintiff simply pay the citation, the matter would be closed and not recorded in Defendant's database.  Otherwise, Defendant Kososki stated that he would amend the citation to the more serious charge which would carry more serious penalties. After Plaintiff declined to comply with Defendant Kososki's coercive demands, Defendant Hindman, acting under color of law, willfully refused to acknowledge or remedy Plaintiff's objections. This refusal further evidences Defendant Hindman's direct participation in the unauthorized appropriation, concealment, and continued misuse of private trust property. His actions contributed materially to the exploitation of Plaintiff's identity and the unlawful financial benefit derived by Defendants, all undertaken without lawful authority, contract, or consent.

## CLAIMS FOR RELIEF

**Count I – Violation of Civil Rights under 42 U.S.C. § 1983 (Deprivation of Property Without Due Process)**

Defendants, acting under color of state law and without lawful authority or consent, deliberately seized and exploited Plaintiff's personal and trust-held trade name, JOHN DOE™, converting it

9

Document received by the MI Wayne 3rd Circuit Court.

into a commercial asset used to generate revenue streams for institutional gain. By affixing this proprietary identifier to legal and financial instruments—specifically, a traffic citation and its corresponding court docket—Defendants initiated administrative processes that resulted in the securitization of Plaintiff's identity through indexing to a known municipal bond fund (CUSIP 69391617, Fund PMLAX). Despite the monetization of Plaintiff's name as part of the financial infrastructure supporting municipal operations, including court-generated receivables, judicial retirement contributions, and public safety appropriations, Plaintiff received no notice, no compensation, and no opportunity to contest the unlawful conversion of his property.

Plaintiff alleges that this conduct violates his rights under the Fifth and Fourteenth Amendments of the U.S. Constitution, as well as his statutory rights under Michigan's Identity Theft Protection Act, MCL 445.63 through 445.65.

**Count II – Conspiracy to Interfere with Civil Rights under 42 U.S.C. § 1985(3)**

Defendants, including Officer Kososki, Court Administrator Alan Hindman, Clerk Marlisa Snider, and Accountant Jane Doe, conspired together for the purpose of depriving Plaintiff, a Black man, of the equal protection of the laws and/or equal privileges and immunities under the law. The agreement was motivated by racial animus and carried out through the unlawful appropriation of Plaintiff's trade name and trust property for municipal financial gain. Acts in furtherance of the conspiracy include but are not limited to: falsely attributing Plaintiff's name to financial instruments without consent, threats of retaliation for lawful reporting activity, coordinated refusal to respond to lawful notices, and deliberate concealment of the misuse of Plaintiff's property. As a result, Plaintiff suffered deprivation of rights, unequal treatment, and significant commercial injury.

Document received by the MI Wayne 3rd Circuit Court.

**Count III – Unauthorized Use of Intellectual Property and Trade Name (15 U.S.C. § 1125(a)(1)(A), (B) and (2); MCL 429.42)**

Defendants' unauthorized use of the JOHN DOE™ trade name in commerce constitutes false designation of origin and misleading representation under the Lanham Act. As "persons" under 15 U.S.C. § 1125(a)(2), Defendants—including government actors acting in their official capacities—are subject to liability for confusion or dilution caused by unauthorized use of the Plaintiff's trade name. Their actions also constitute misappropriation under Michigan common law and MCL 429.42.

**Count IV – Violations of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2(b))**

Defendants knowingly furnished inaccurate information to credit reporting agencies and failed to conduct a reasonable investigation upon receiving Plaintiff's dispute. This conduct resulted in economic harm, reputational injury, and continued misclassification of Plaintiff's trust-held identifiers.

**Count V – Unjust Enrichment**

Defendants financially benefited from the unauthorized use of Plaintiff's name and trade name in connection with court securitization practices. Plaintiff received no contractual consideration or disclosure. Equity requires restitution of any and all proceeds or benefits derived from the exploitation of Plaintiff's private property and identity.

**Count VI – Civil Extortion**

Defendants used threats of administrative enforcement, financial liability, and potential

Document received by the MI Wayne 3rd Circuit Court.

incarceration to coerce Plaintiff into acquiescing to an unlawful legal process. This conduct, carried out without lawful authority or contract, constitutes civil extortion under Michigan common law.

**Count VII – Common Law Conversion and Identity Theft (MCL 445.63–445.65)**

The acts described constitute conversion and identity theft. Defendants wrongfully exercised dominion over Plaintiff's trade name and trust-held property, using it to execute unauthorized financial transactions, cause reputational harm, and fabricate liabilities. Plaintiff seeks treble damages and injunctive relief under the Michigan Identity Theft Protection Act, and further asserts that such damages are appropriate in accordance with the Fee Schedule attached herein, which governs the commercial use, misuse, and unauthorized securitization of trust-held identifiers.

## RELIEF REQUESTED

WHEREFORE, Plaintiff invokes this Court's authority under MCL 600.605, MCL 600.5021, the Michigan Identity Theft Protection Act (MCL 445.63 et seq.), 42 U.S.C. §§ 1983, 1985, and 1988, the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), and the Lanham Act (15 U.S.C. § 1125), and respectfully requests that this Court grant the following relief:

    A. Declaratory Judgment that Plaintiff is the sole legal and equitable owner of the trade name JOHN DOE™, and that all use thereof by Defendants without express written authorization constitutes unlawful conversion, misappropriation, identity theft, and unauthorized commerce under state and federal law;

12

Document received by the MI Wayne 3rd Circuit Court.

B. Temporary, Preliminary, and Permanent Injunctive Relief prohibiting Defendants from further use of Plaintiff's name and trust-held identifiers in any form of legal, financial, or administrative capacity;

C. An Order requiring full forensic accounting and disclosure of all financial instruments, proceeds, reports, and securities created using Plaintiff's name or identifiers;

D. Treble Damages as authorized by the Michigan Identity Theft Protection Act and the Michigan Declaratory Judgment Act, based upon the unlawful use and monetization of Plaintiff's name, including without limitation citation issuance, securitization, and judicial enforcement;

E. Compensatory Damages in the amount of the financial instruments, double book entries, and securities unlawfully issued, used, or held by Defendants;

F. Punitive Damages for willful misconduct, concealment, fraud, and breach of fiduciary duty;

G. Administrative Damages calculated in accordance with the Fee Schedule attached herein, assessing per-occurrence penalties for unauthorized use of the trade name, unlawful detainment, administrative coercion, and identity misappropriation;

H. Attorneys' fees, expert fees, court costs, and other relief permitted under 42 U.S.C. § 1988, and any other applicable law;

I. Such other relief as this Court deems just and proper.

Document received by the MI Wayne 3rd Circuit Court.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Michigan Court Rules and the Seventh Amendment to the United

States Constitution, Plaintiff hereby demands a trial by jury on all issues so triable as a matter of

right.

## VERIFICATION

I, John Doe, the undersigned, being first duly sworn under penalty of perjury, state that I am the
Plaintiff in this action and the Grantor and Trustee of SAVVYWISER INVESTMENTS & TRUST. I
have read the foregoing Verified Complaint and know the contents thereof. The statements
contained therein are true and correct to the best of my knowledge, information, and belief.

Executed pursuant to MCR 1.109(D)(3)(b) this 19 day of April, 2025.

**Respectfully submitted,**

/s/   <u>John Doe</u>

John Doe
in Pro se

Document received by the MI Wayne 3rd Circuit Court.

# Exhibit "A"



## savvywiser
### INVESTMENTS & TRUST

Certificate of Common Law Trust



Tax Identification No.

Document received by the MI Wayne 3rd Circuit Court.

## Preamble

This Certificate of Common Law Trust is issued on this February 9, 2025, by the undersigned Trustee(s) as an official declaration of the existence, authority, and structure of the Savvywiser Investments & Trust (hereinafter referred to as "the Trust"). This Certificate is presented to verify the authority of the Trustee(s) and affirm the legal standing of the Trust while maintaining confidentiality regarding its full terms and provisions.

## Establishment and Governing Law of the Trust

This Trust is established under the principles of Common Law and Equity, forming a private contractual trust designed to hold, manage, and administer assets for the benefit of its designated Beneficiaries. It operates independently of statutory frameworks while ensuring compliance with fiduciary obligations, asset protection measures, and trust governance standards. The Trust shall be administered in accordance with contract law, equitable doctrines, and fiduciary principles, ensuring the preservation of wealth, the protection of the Grantor's intent, and the safeguarding of Beneficiaries' rights. In any legal, regulatory, or jurisdictional matters impacting Trust administration, the Trustee shall act in accordance with the terms of this Agreement, prioritizing private trust doctrine and equity while ensuring adherence to any applicable legal obligations.

## Purpose and Administration of the Trust

The primary objective of the Trust is to hold and manage assets in a manner that ensures long-term financial security, investment growth, and wealth preservation for its designated Beneficiaries. The administration of the Trust shall be carried out with the highest degree of fiduciary responsibility, maintaining financial sustainability, asset protection, and intergenerational continuity. The Trustee shall oversee and execute all Trust-related matters with full authority to acquire, manage, invest, and distribute assets in alignment with the Trust's objectives, always acting in good faith and with loyalty toward the Beneficiaries.

## Trustee Appointment and Fiduciary Authority

The current acting Trustee of the Trust is � ███████████ who has been vested with full fiduciary authority to manage the assets of the Trust in compliance with its governing provisions. As the legal steward of the Trust, the Trustee holds broad discretionary powers to make decisions regarding investments, asset allocation, and financial distributions, always ensuring that such decisions align with the Trust's overarching purpose. The Trustee shall exercise sound

2

Document received by the MI Wayne 3rd Circuit Court.

judgment, prudence, and due diligence in all financial matters, maintaining accurate records of transactions and fulfilling all obligations as required under equitable principles.

In the event that the current Trustee is unable or unwilling to continue serving, the Successor Trustee shall assume fiduciary responsibilities as outlined in the Trust Agreement. The designated Successor Trustee, ███████████████ shall be responsible for administering the Trust upon the incapacity, resignation, or removal of the existing Trustee. If the named Successor Trustee is unable to serve, a new Trustee shall be appointed in accordance with the procedures set forth in the governing Trust documents.

## Revocability and Duration of the Trust

During the Grantor's lifetime, the Trust shall remain revocable at the sole discretion of the Grantor, allowing for amendments, modifications, or complete dissolution as necessary. The Grantor retains the right to alter or revoke any provisions within the Trust by executing a written and notarized amendment, which shall be recorded in the official Trust files. Upon the incapacity or passing of the Grantor, the Trust shall become irrevocable, ensuring that all remaining assets are managed and distributed strictly in accordance with the governing provisions.

The Trust shall continue in perpetuity, unless terminated by the terms set forth within its governing agreement. If dissolution becomes necessary, the remaining assets shall be liquidated and distributed to the designated Beneficiaries following a final accounting review, settlement of outstanding obligations, and regulatory compliance procedures.

## Trust Assets and Investment Authority

The Trust holds and manages a diversified portfolio of assets, including but not limited to real estate holdings, equity investments, financial instruments, business interests, alternative assets, and digital securities. All assets owned by the Trust shall be maintained exclusively for the benefit of the Beneficiaries, with no individual Beneficiary holding a direct legal claim to the assets beyond their rights as outlined in the Trust Agreement.

The Trustee shall have full discretion to allocate, acquire, and dispose of Trust assets in accordance with investment strategies designed to promote financial stability and asset appreciation. In managing Trust assets, the Trustee may engage professional advisors, investment managers, and legal counsel to ensure that all transactions align with prudent financial planning, tax efficiency, and asset protection principles.

Document received by the MI Wayne 3rd Circuit Court.

## Beneficiaries and Successor Beneficiary Designations

The Trust is established for the benefit of the Harris Family Trust and its designated Beneficiaries, who shall receive financial support and distributions as determined by the Trust's governing terms. If a primary Beneficiary predeceases the termination of the Trust or becomes otherwise ineligible to receive distributions, their interest shall pass to a Successor Beneficiary as named in the Trust records. If no designated Successor Beneficiary exists, the Trustee shall distribute assets based on a predetermined hierarchy outlined in the Trust's estate planning provisions.

The Trustee retains the authority to adjust, delay, or withhold distributions if circumstances arise that would jeopardize the Trust's financial integrity or conflict with its long-term objectives. In cases where a Beneficiary is engaged in financial mismanagement, bankruptcy proceedings, legal disputes, or criminal activity, the Trustee may exercise discretionary authority to restrict or restructure distributions to protect the Trust's assets from external claims or dissipation.


## Confidentiality, Recordkeeping, and Trust Certification

This private contractual trust, established under the principles of Common Law and Equity, shall operate in compliance with all applicable fiduciary, financial, and legal obligations while maintaining strict confidentiality regarding its internal operations and governance. The Trustee shall ensure the diligent maintenance of accurate records documenting all transactions, distributions, and investment activities, upholding fiduciary responsibilities and ensuring transparency in administration.

While the Trust remains independent of statutory registration and public disclosure, any legal, regulatory, or financial obligations shall be met without compromising the confidentiality of its full terms and governing provisions. A Certificate of Trust may be issued as an official verification of the Trust's authority, serving as sufficient evidence for financial institutions, contractual counterparties, and third parties without requiring disclosure of proprietary or sensitive details within the governing Trust Agreement.

4

Document received by the MI Wayne 3rd Circuit Court.

## Execution and Notarization

The undersigned Trustee affirms that this Certificate of Trust is true, correct, and remains in full force as of the date of execution. Any person or entity relying upon this Certificate shall be entitled to assume its authenticity and validity without further inquiry.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Trust as of the date first written above.

TRUSTEE:

Grantor and Trustee

NOTARY PUBLIC:

State of _____ Michigan _____
County of _____ Macomb _____

On this ___ day of ___ February ___ 2025, before me, the undersigned Notary Public, personally appeared ████████ known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing Certificate of Trust, and acknowledged that they executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: ___ 1/26/26 ___

SANDRA M BRICKNELL
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 26, 2026
Acting in the County of _____

## SCHEDULE A: LIST OF ASSETS

5

Document received by the MI Wayne 3rd Circuit Court.

The Grantor assigns, conveys and delivers to this Living Trust, all of the rights, title and interest, tangible or intangible, to any and all properties, real or personal:

1. All tangible and intangible assets of the grantor (including all derivations of the name/title of the referenced grantor).
2. Any and all Intellectual Property created in both the past, present, or future in the name ██████████████████
3. Income from every source
4. Proceeds of grantor's labor and interest from Extended Credit from all sources
5. Application for United States of America Social Security No: ████-5221
6. United States of America Social Security No: ████-5221
7. Application for State of Michigan Drivers License No: ████████ 893
8. State of Michigan Drivers License No: ███████ 893
9. Application for State of Michigan Identification No: █████████ 893
10. State of Michigan Identification No: ███████ 893
11. Real Property such as houses, automobiles, boats etc upon acquisition.
12. Real property such as stored supplies that over time gain value in the form of interest.
13. All property belonging to the Grantor
14. Real Property such as houses, vehicles, boats etc
15. Real property such as equipment be it Blue Collar or White Collar.
16. Real property such as stored supplies that over gain value with volume over time
17. All endorsed Securities by any Trustee and representative of this trust.
18. All proceeds and interest gained from the trading/bartering/exchanging of instruments endorsed by representatives and or trustees of this trust.
19. All Land herediments CLAIMED AND RECLAIMED and or uncovered by the Grantor and or any Trustee.
20. All proceeds and interests received from the fee schedule.
21. All Proceeds gained from violations of the following fee schedule:

## FEE SCHEDULE

| Prohibited Action with Stated | Associated Fee |
|---|---|
| Unlawful Arrest, Restraint, Detention from freedom of movement................ | $250,000.00 Per Occurrence |
| Detainment in Hand Cuffs/Plastic Zip-Tie(s)...................................... | $25,000.00 upfront + $10,000.00 |

6

Document received by the MI Wayne 3rd Circuit Court.

|  | Per Minute |
| --- | --- |
| Failure to Honor your Oath of Office Against Myself........................................... | $50,000.00 Per Occurrence |
| Kidnapping: A crime at common law consisting of an |  |
| unlawful restraint of person's liberty by force or show of force...................... | $2,000,000.00 Per Occurrence |
| Violation of any the Bill of Rights (Per Individual Right)............................. | $1,000,000.00 Per Occurrence |
| Force any Medical Procedure, Inoculation without unhindered consent............ | $50,000,000.00 Per Occurrence |
| Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, |  |
| Racketeering, Abuse of Authority........................................................ | $5,000,000.00 Per Occurrence |
| Assault, Battery, Excessive use of Force, threatened by firearm |  |
| by drawing or pointing firearm........................................................... | $10,000,000.00 Per Occurrence |
| Assault and Battery without any type of Weapon...................................... | $1,000,000.00 Per Occurrence |
| Threats, Coercion, Deception, or Attempted thereof................................... | $1,000,000,00 Per Occurrence |
|  |  |
| Violation of Common Law................................................................... | $500,000.00 Per Occurrence |
|     Demand or Summons for Appearance in Any Court Room (under protest or duress)........................................................... | $75,000.00 Per Hour (1 hour Minimum) |
|     Demand or Summons for Appearance in Any Court Room (Voluntarily)............................................................................ | $20,000.00 Per Hour (1 hour Minimum) |
| Any type of Fraud by any Government Employee...................................... | $1,000,000.00 Per Occurrence |

Demand for the Production of Materials as Follow

| Given Name........................................................................................ | $50,000.00 Per Occurrence |
| --- | --- |
|     A. Driver's License Number........................................................ | $50,000.00 Per Occurrence |
|     B. Social Security Number.......................................................... | $100,000.00 Per Occurrence |
|     C. Retinal Scans...................................................................... | $5,000,000.00 Per Occurrence |
|     D. Finger Printing.................................................................... | $200,000.00 Per Occurrence |
|     E. Phone Number..................................................................... | $200,000.00 Per Occurrence |
|     F. Physical Address.................................................................. | $500,000.00 Per Occurrence |
|     G. Date of Birth...................................................................... | $200,000.00 Per Occurrence |
|     H. Photographing.................................................................... | $200,000.00 Per Occurrence |

Document received by the MI Wayne 3rd Circuit Court.

1. Mouth Swab.................................................. $5,000,000.00 Per Occurrence

2. Blood Sample................................................ $5,000,000.00 Per Occurrence

3. Urine Sample................................................ $5,000,000.00 Per Occurrence

4. Breathalyzer Testing....................................... $5,000,000.00 Per Occurrence

5. Hair Sample's................................................ $5,000,000.00 Per Occurrence

6. Skin Samples (Any Skin Cells)....................... $5,000,000.00 Per Occurrence

7. Clothing Sample / per patch............................ $5,000,000.00 Per Occurrence

8. Under Duress of Giving these Samples.............. $10,000,000.00 Per Occurrence


Issuance of a Traffic Citation/ticket of any Traffic Nature

A. Per Citation............................................... $75,000.00 Per Occurrence

B. Issuance of Paper Warning Per Warning.......................... $25,000.00 Per Occurrence


Time Usage of Traffic Stops

A. 30 Minutes................................................... $10,000.00 Per Occurrence

--Thirty (30) Minute Minimum--

B. Being advised to Wait for a K9 for a Free Air Sniff.............. $10,000.00 First Fifteen (15) Minutes

$20,000.00 Every Minute There After

C. Traffic stops by Police/Deputies not ended after

shown and explained Title 28, Chapter I, Part 29, § 29.10 that I

Revoked Consent to the Voluntary System of the

"Motor Vehicle Theft Prevention Act Regulations",

If Officer/Deputy Refuses to Recognize and Ignore this:..................... $50,000.00 Per 15 Minutes after explanation

D. Search of Any Vehicle/Automobile/Any Motorized Transportation..... $200,000.00 Per Occurrence/Officer

E. Opening of any Sealed Bags/Suitcases/Back Backs/Or Other........... $50,000.00 Per Item

F. Nothing Found because of a False Alert..................................... $250,000.00 Per Occurrence

G. Planting of Any Evidence................................................... $10,000,000.00 Per Occurrence/Officer

H. No Body Worn Camera During Stop....................................... $100,000.00 Per Occurrence/Officer

I. Body Worn Camera Muted During Any Portion

Document received by the MI Wayne 3rd Circuit Court.

| | |
|---|---|
| of Stop Until Concluded............................................................... | $200,000.00 Per Occurrence/Officer |
| J. Officers/Deputy Denial of Identifying themselves Clearly ................. | $10,000.00 Per Occurrence/Officer |
| K. Officers/Deputy Denial to Write down Name and Badge Number ....... | $10,000.00 Per Occurrence/Officer |

Appearance in Court because of Traffic Citation:

| | |
|---|---|
| A. Time in Court (One (1) Hour Minimum) ..................................... | $50,000.00 Per Hour Per Occurrence |
| | $10,000.00 Per 30 Minutes thereafter |
| B. If Fine is Imposed................................................................. | $500,000.00 Per Occurrence |

Car/Personal Property Trespass, Carjacking, Theft, Interference with Commerce

| | |
|---|---|
| A. Agency by Estoppel............................................................... | $50,000.00 Per Occurrence |
| B. Color of Law/Implied Color of Law........................................... | $150,000.00 Per Occurrence |
| C. Criminal Coercion................................................................. | $1,000,000.00 Per Occurrence |
| D. Estoppel by Election.............................................................. | $250,000.00 Per Occurrence |
| E. Show of Force by more than 2 Officers/Deputies on Scene.............. | $250,000.00 Per Occurrence |
| F. Equitable Estoppel................................................................. | $500,000.00 Per Occurrence |
| G. Fraud................................................................................. | $1,000,000.00 Per Occurrence |
| H. Fraud upon the Court............................................................. | $2,000,000.00 Per Occurrence |
| I. Larceny.............................................................................. | $25,000.00 Per Occurrence |
| J. Grand Larceny...................................................................... | $250,000.00 Per Occurrence |
| K. Larceny by Extortion.............................................................. | $1,000,000.00 Per Occurrence |
| L. Larceny by Trickery............................................................... | $2,000,000.00 Per Occurrence |
| M. Obstruction of Justice............................................................ | $100,000.00 Per Occurrence |
| N. Obtaining Property by False Pretenses........................................ | $2,000,000.00 Per Occurrence |
| O. Simulating Legal Process........................................................ | $1,000,000.00 Per Occurrence |
| P. Vexatious Litigation.............................................................. | $5,000,000.00 Per Occurrence |
| Q. Trespass upon Motor Conveyance.............................................. | $100,000.00 Per Occurrence |

Document received by the MI Wayne 3rd Circuit Court.

R. Unauthorized Relocation of Motor Conveyance............................ $100,000.00 Per Occurrence

S. Seizure of Motor Conveyance............................................... $1,000,000.00 Per Occurrence

T. Theft/Seizure of License Plate............................................ $10,000.00 Per Occurrence

U. Unlawful Lien on Motor Conveyance....................................... $50,000.00 Per Occurrence

V. Search of Motor Conveyance............................................... $1000,000.00 Per Occurrence


Transgressions by Public Official(s), Police Officer(s), Judge(s), Attorney(s), and all who desire to Contract

A. Failure to Honor God Given Rights......................................... $20,000.00 Per Official, Per Occurrence

B. Failure to Honor Oath of Office............................................ $50,000.00 Per Official, Per Occurrence

C. Failure to Honor Constitutional Oath...................................... $50,000.00 Per Official, Per Occurrence

D. Failure to Honor Written and/or Oral Word............................... $5,000.00 Per Official, Per Occurrence

E. Silence/Dishonor/Default.................................................. $5,000.00 Per Official, Per Occurrence

F. Failure to honor/No Bond.................................................. $20,000.00 Per Official, Per Occurrence

G. Phone Call to Telephone number used by Secured Party

including Debt Collectors.................................................... $5,000.00 Per Occurrence

H. Telephone Voice Message left of Secured Party(s)

Phone, Service, or Equipment............................................... $5,000.00 Per Occurrence

I. Use of Secured Party(s) Physical Address.................................. $5,000.00 Per Occurrence/Detention of

Freedom of Movement

J. Incarceration............................................................. $75,000.00 Per Hour, Per Occurrence

K. Failure to Follow Federal/State Statutes, Codes,

Rules and/or Regulations................................................... $50,000.00 Per Occurrence

L. Failure to State a Claim upon which Relief can be Granted.............. $250,000.00 Per Occurrence

M. Failure to Present a Living Injured Party................................. $100,000.00 Per Occurrence

N. Failure to Provide Contract Signed by Party(s)........................... $100,000.000 Per Occurrence

O. Failure to Provide IRS 1099(OID)(s), or Other

IRS Reporting Form(s), upon Request...................................... $100,000.00Per Occurrence

P. Default by None-Response or Incomplete Response...................... $100,000.00 Per Occurrence

Q. Racketeering............................................................. $1,000,000.00 Per Occurrence

Document received by the MI Wayne 3rd Circuit Court.

R. Dishonor in Commerce............................................................ $1,000,000.00 Per Occurrence

S. Use of Trade Name (after 1 warning)........................................ $50,000.00 Per Occurrence

T. Forcing of Psychiatric Evaluation............................................ $500,000.00 Per Occurrence or Session

U. Charged with Contempt of Civil Court..................................... $5,000,000.00 Per Occurrence

V. Charged with Contempt of Criminal Court................................ $8,000,000.00 Per Occurrence

W. Refusal to provide adequate and proper nutrition while Incarcerated.. $50,000.000 Per Day/Occurrence

X. Refusal to provide proper exercise while Incarcerated.................. $50,000.00 Per Day/Occurrence

Y. Refusal to provide Proper dental care while Incarcerated............... $50,000.00 Per Occurrence

Z. Forced to provide Bodily Fluids.............................................. $5,000,000.00 Per Occurrence

AA. Forced Injection/Inoculations, or Vaccines of any nature or kind..... $5,000,000.00 Per Injection

AB. Forced Separation from Marriage Contract............................... $150,000.00 Per Day

AC. Forced Separation from One's Children.................................... $150,000.00 Per Day Per Child

AD. Confiscation/Kidnapping of a Body, not a US Citizen.................. $1,500,000.00 Per Day and Occurrence

AE. Attempted Extortion of Signature........................................... $10,000,000.00 Per Count/charge

AF. Attempted Forgery of Signature.............................................. $12,000,000.00 Per Count/charge

AG. Corporate State continuing a Mortgage for more that

Five (5) years in violation of theBanking Act of 1864 which

takes precedence over Current Statutes at Large.............................. $1,200,000.00 Per Day


Threats/Demands of Coercion/Cooperation and Under Duress by Public Official(s), Police Officer(s), Sherriff(s), Deputy(s), Judge(s), Attorney(s), Bailiff(s)

A. Demand to Roll Window Open................................................. $5,000.00 Per Occurrence

B. Demand to Stop Video and Audio Recording............................... $50,000.00 Per Occurrence

C. Demand to Roll Down/Up to Check Window Tint......................... $10,000.00 Per Occurrence

D. Demand to Shut Vehicle/Automobile/Any

Motorized Transportation Off..................................................... $25,000.00 Per Occurrence

E. Demand to Remove Seat Belt................................................... $10,000.00 Per Occurrence

F. Officer's Removal of Side arm or Taser Direct

Document received by the MI Wayne 3rd Circuit Court.

or Indirect Towards Me or Passengers………………….…………….…...   $5,000,000.00 Per Occurrence

G. Demand to Step out of Vehicle/Automobile/Any

Motorized Transportation………………………………….…….………..   $5,000,000.00 Per Occurrence

H. Being Tackled/Thrown/Brought Down to Ground……………………   $5,000,000.00 Per Occurrence

I. (Any Bodily Injury from Said Actions Above…………………………   $-- To Be Determined by Severity---

J. Search/Pat Down of Once's self by Officer/Sherriff/Deputy…………   $50,000.00 Per Occurrence

K. Search that Results in the Entry of any

Part of Clothing/Pocket/Garment…………………………………………   $1,000,000.00 Per Occurrence

L. Removal and Seizure of Personal Property…………………………….   $1,000.000.00 Per Occurrence

M. Any Field Sobriety Tests Performed…………………………………   $2,000,000.00 Per Occurrence/Test

N. Being Placed in the Front/Rear of a Patrol Car/Vehicle/Bus/Van……   $10,000,000.00 Per Occurrence

O. Retaliation Of any Officer/Deputy in a Traffic Stop/Detention……….   $1,000,000.00 Per Occurrence

P. Retaliation of any Officer/Deputy for Exercise/Enjoyment of Rights…   $1,000,000.00 Per Occurrence

Q. Threat of being Held in Contempt of Civil Court………………………   $1,000,000.00 Per Occurrence

R. Threat of Being Held in Contempt of Criminal Court…………………   $2,000,000.00 Per Occurrence

S. Entering Home/Domicile Without Warrant, Without Consent…………   $5,000,000.00 Per Occurrence

T. Breaking Door of Home/Domicile of One does not Open It…………..   $1,000.000.00 Per Occurrence

U. Pounding on Door/Window/Wall of Home/Domicile…………………   $100,000,00 Per Occurrence

V. Officer/Deputy Opening Main Door or Screen/Glass

Framed Door to House/Domicile……………………………………………   $5,000,000.00 Per Occurrence

W. Officer/Deputy Preventing the Closing of any

Door/Window in any way Terminating Contact with them………………   $5,000,000.00 Per Occurrence

X. Officer/Deputy Making Entry into Home/Domicile……………………   $5,000,000.00 Per Occurrence

Y. Officer/Deputy Making Entry of Home/Domicile Weapons Drawn…..   $5,000,000.00 Per Weapon and Occurrence

Z. Officer/Deputy Remaining on Property After being Trespassed………   $500,000.00 Per Occurrence

AA. Officer/Deputy Entering Curtilage of

Home/Domicile/Framed Structure/Bunker That is Not Directly in Front

of Front Entrance of Home/Domicile/Framed Structure/Bunker…………   $100,000.00 Per Occurrence/Officer/Deputy

AB. Deployment of Flash Bangs……………………………………………   $1,000,000.00 Per Occurrence

Document received by the MI Wayne 3rd Circuit Court.

AC. Deployment of Any Gas/Smoke………………………………….. $1,000,000.00 Per Occurrence

AD. Forced Entry into Home…………………………………………... $25,000,000.00 Per Occurrence

AE. Broken Windows Per Window

(X-5 Amount of Replacement and Labor) Additional…………………. $1,000,000.00 Each

AF. House Hold Items Broken/Stained/

Destroyed/Burned(t )/Cut/Displaced…………………………………... $50,000.00 Per Item

AG. Flooring Destroyed/Stained/Ripped/Removed of Any Type………. $10,000.00 Per Square Foot

AH. Any Grassplot/Grassland/Lawn/Patio/Pasture/Quad/Clearing/Sidewalk/Driveway/Prairie/Forum on Estate that

Is Destroyed/Devastated/Ruined/Annihilated/Abolished/Overwhelmed/Disintegrated/Killed/Wasted from

Traffic, fire, Vehicle's, (Tracked or wheeled) that is destroyed Required Area to be Reworked/Graded/

Planted/Redone/Rebuilt Without Expressed Written Consent………… $1,000,000.00 Per Occurrence


Violations of USC Title 18 Section 242

Deprivation of rights under color of law…………………………………. $1,500,000.00 Per Occurrence

Violations of USC Title 18 Section 241, Conspiracy Against Rights…………… $1,500,000.00 Per Occurrence

Violation or conspiracy to Violate any part of what's contained

in any UCC Financing Statement Filed on behalf of the trust…………………… $5,000,000.0 Per Occurrence

Violations of Any USC of Resulting in loss, harm, or injury……………………… $ To be determined by the injured party.

Violations of Any Trust filed UCC Financing Statement

Resulting in loss, harm, or injury…………………………………………… $ To be determined by the injured party.

Violations of International Law resulting in loss, harm, or injury……………… $ To be determined by the injured party.

Violations of Title 12 USC Section 411…………………………………… $125,000,00 Per Occurrence

Closing an Account without agreement from Consumer…………………………... $1,000,000,00 Per Occurrence

Rejecting Coupon/Payment which is adherent to UCC 3-104…………………… $150,000.00 Per Occurrence

Refusal to Discharge the Debt which is a Violation of UCC 3-603……………… $100,000.00 Plus Debt Amount

Any form letter Sent back to Consumer…………………………………… $250,000.00 Per Occurrence

Any Letter sent in that does not have a wet ink signature

written by person who works for the company…………………………………… $1,000.00 Per Occurrence

Document received by the MI Wayne 3rd Circuit Court.

| | |
|---|---|
| Damage to Personal Property (real, personal, intellectual, biological, or negotiable)............................................................................ | 5x Item Value + $30,000.00 Per Item |
| Making Claims to Personal Property (real, personal, intellectual, biological, or negotiable)............................................................................ | 5x Item Value + $30,000.00 Per Item |
| Making claim that a coupon in Not Negotiable Instrument......................... | $10,000.00 Per Occurrence |
| Violations of Title 18 USC Section 8.................................................... | $25,000.00 Per Occurrence |
| Not Sending back coupon in order to correct it for acceptance (when applicable)................................................................................ | $50,000.00 Per Occurrence |
| Returning back coupon when coupon is in Agreement with UCC 3-104......... | $100,000.00 Per Occurrence |
| Violation of UCC 3-502 Putting Company in Dishonor............................. | $50,000.00 Per Occurrence |
| Breach of Fiduciary Duty UCC 3-307.................................................. | $100,000.00 Per Occurrence |
| Every day where the debt has not been discharged from day coupon was received (3-day grace period)...................................... | $1,500.00 Per Day |

Disclaimer #1:  All Claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One (1) Once Silver Coin of .999 Pure Silver. Or, One (1) Troy Once Gold Bar of .999 Pure Gold, or eq univalent par value as established by law or the exchange rate.  As set by the US Mint, which-ever is the higher amount, for a certified One (1) Once Silver Coin (US Silver Dollar), or One (1) Troy Ounce Gold Bar of .999 Pure Gold, (Or combination of both), at the time of the First Day of default as set forth herein.  If the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at "Par Value" as indicated above

Total Damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages, as set forth in, Subsections A-W added to Three (3) times the damages for punitive or other additional damages.

Disclaimer #2.  Any and all Damages are Enforceable to any and all Law Enforcement Agencies, to include but not limited to, as follows below:

All State and Federal Employees and Subsidiaries of any/all Agencies under the Control of each and every branch of Federal Law Enforcement Agencies of the United States such as, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Federal Bureau of Investigations (FBI), United States Marshall Service (USMS), Federal Bureau of Prisons (BOP), Federal Security Service (FBS), United States Department of Defense (DOD), United States Department of State (DOS), United States Department of Army such as (CID), Department of Navy such as (NCIS), Department of  the Treasury, such as Office of the Treasury Inspector General for Tas Administration (TGTA), Office of the Special Inspector General (IG), Department of Air and Space Force, National Security Agency (NSA), United States Department of Justice (DOJ), Drug Enforcement Administration (DEA), United States Department of Interior (USDI), Bureau of Land Management (BLM), National Park

Document received by the MI Wayne 3rd Circuit Court.

Service Rangers, National Park Service, United States Fish and Wildlife Service, United States Department of Agriculture (USDA), United States Department of Commerce (DOC), United States Department of Health and Human Services (HHS), United States Department of Education (ED), United States Department of Veterans Affairs (VA), United States Department of Homeland Security (DHS), United States Department of Transportation (DOT), Internal Revenue Service (IRS), Social Security Service (SSA), Central Intelligence Agency (CIA), Federal Reserve Police, Smithsonian National Zoological Park Police, United States Capitol Police (USCP), United States Postal Inspection Service (USPS OIG), United States Probation Service (USPO), Any and all Attorney Generals of any State, Any and All Secretary of States of any State, Any and All Special Prosecutors, United States Supreme Court Police, Any and All State Troopers, Any and All Highway Patrol, Any and All Sheriff's and Deputies there-of, All Local Police Officer's/Law enforcement there-of to include any and all Cities, Towns, Metropolis, Municipality, Township, Borough, Villages, Suburb, Suburbia, District, Township, Settlement, Parish, Cosmopolis, Population Center that is in Care of any kind of Law Enforcement Capabilities.

## ATTACHMENTS – DEFINITIONS

1. **Abuse of Authority**: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan". This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Trustee/Trustee/Bailee (hereafter Trustee). This includes use of restraint devices on the Trustee and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this Contract.

2. **Abuse of Due Process**: Means any action against the Trustee, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Michigan." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation".

3. **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police Officer, Participant**: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "government of the United States" or the "UNITED STATES Corporation" or any of its subsidiaries, sub- Corporations, departments, or agencies, etc. The word "Representative" was used in this Contract, shall have the same meaning.

Document received by the MI Wayne 3rd Circuit Court.

4. **Aiding and Abetting**: Means the efforts of any Representative of the "government of the United States" or the "UNITED STATES Corporation" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Trustee from receiving any and all rights, benefits, privileges, as provided by the Constitution for the united States of America, the Bill of Rights, and/or the "Constitution of the State of Michigan" or that would normally be offered to a citizen of the United States or of the State of Michigan. This also includes the provisions as provided in item #62 "Racketeering" and suppression of evidence.

5. **Appellation**: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

6. **Artificial Person**: Means a fictitious entity/trust that was created by the "government of the United States" and/or parents acting unknowingly in concert or the "UNITED STATES Corporation" for transacting in commerce. This artificial Man or Strawman is represented by all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Trustee, it is a transmitting utility.

7. **Assault and Battery with Weapon**: Means any use of, threatened, or perceived use of any weapon, against Trustee, by any Representative of the ' 'government of the United States" or the "UNITED STATES Corporation" that creates an atmosphere of fear for the Trustee. This includes non-lethal weapons, such as tasers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapons or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Trustee will be accepted as truth and will not be contested.

8. **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon the Trustee without the express voluntary written consent of Trustee. If a conflict arises about the facts involving the incident, the version as told by the Trustee will be accepted as truth, without question, and will not be contested.

9. **Bill of Rights**: Means, for the purposes of this Contract, the original "Bill of Rights" to the "Constitution for the united States of America" circa 1791.

10. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional Corporation.

11. **Coercion or Attempt to Coerce**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to threaten, intimidate, deprive, conceal, or in any way prevent the Trustee from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" the Honorable "Bill of Rights", "Constitution of the State of Michigan.", or to knowingly allow or instruct another to do so.

12. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Trustee. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Trustee. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant by the Trustee, and/or fail to disclose any law that benefits the Trustee.

16

Document received by the MI Wayne 3rd Circuit Court.

13. **Conduit**: means of transmitting and distributing energy and the effect/product of labor, such as goods and services, via the name, "KARLOS LATWIAN HARRIS", also known by any and all derivatives and variations in the spelling of said name with the exception of "Karlos L. Harris,".

14. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the

15. **Trustee**: any right, benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or "Constitution of the State of Michigan." and/or to a citizen of the United States or of the State of Michigan. This also includes the provisions in item #62. "Racketeering".

16. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offering party has Ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated in the contract. Non-Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non-response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of the court or any public records officer will be a lawful offer and notification and will be presented to all officers of the court in that state or county. Notice to Agent is Notice to Principal and Notice to the Principal is notice to Agent.

17. **Corporate Capacity**: Means acting for, or on behalf of, a corporation, or government entity, while under law or color of law.

18. **Corporate Fiction**: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

19. **Corporation**: Means any Representative, agency, sub-Corporation, contractor, or any person or entity that is employed by, receives, or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States" or the "UNITED STATES" Corporation".

20. **Constitution for the united States of America**: Means, for the purpose of this Contract, "The Constitution for the united States of America" circa 1787, as opposed to the "Constitution of the UNITED STATES" Corporation circa 1868.

21. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Trustee who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Trustee will be accepted as fact without question and will not be contested.

22. **County or City**: Means any subdivision of any State of the "united States of America" This term excludes any jurisdiction, zone, or territory of the "UNITED STATES Corporation" unless described by the Trustee in all CAPITAL letters. Any dispute over any errors contained in spelling or grammar

Document received by the MI Wayne 3rd Circuit Court.

will be resolved at the discretion of the Trustee and will not be challenged by any Representative of the "UNITED STATES Corporation".

23. **Cruel and Unusual Punishment**: Means physical violence of any type or found that is used against a Trustee that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Trustee. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

24. **Defacing**: Means the changing or altering of the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Trustee.

25. **Denial of Due Process**: Means any attempt by any officer of the court and or the "government of the United States" or the "UNITED STATES Corporation" to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Trustee as outlined in the "Constitution for the united States of America" the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Michigan", is null and void and will not be used in any action against any Trustee.

26. **Deprivation of Rights or Property**: Means the concealment, keeping from, hiding, obstructing of any rights, property, privileges or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan."

27. **Derivative**: means coming from another; taken from something preceding; secondary; that which has not the origin in itself but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

28. **Destruction of Property**: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Trustee or the Trust.

29. **Disrespect**: Means anything said or written to the Trustee or Trust that Trustee or Trust does not like, including body language, or anything that makes Trustee or any reasonable man uncomfortable, or have fear of.

30. **Encroachment**: Means to invade, intrude, or in any way prevent the Trustee or Trust from enjoying the full and complete use of property, including the acts of trespass; impeding ingress or egress to the property of the Trustee or Trust; or limiting the ability of the Trustee or Trust to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered

Document received by the MI Wayne 3rd Circuit Court.

use of property. This includes the placing or filing of an unlawful lien, levy, burden, charge, liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of the Trustee or Trust. This includes, but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Trustee or Trust.

31. **Ens Legis**: The term "Ens Legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

32. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the united States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if the Trustee has lived in a community or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Trustee can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

33. **Failure to Charge within Forty-Eight (48) Hours**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to delay, inhibit, prevent, or in any way stop a Trustee from being lawfully charged by the court within Forty-Eight (48) hours of arrest.

34. **Failure to Identify**: Means any time the Trustee or Trust has interaction with any Representative of the "government of the United States" or the "UNITED STATES Corporation", the Representative must, upon request of the Trustee or Trust, provide proper identification, written proof of authority, state what his business is with the Trustee, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondents superior's name and contact information, and any other relevant information as requested by the Trustee. The officer may not detain the Trustee for more than ten (10) minutes while he obtains this information.

35. **Failure to Respond**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to ignore, inhibit, withhold, delay, or deny a request for information from a Trustee or Trust.

36. **False Imprisonment**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to incarcerate any Trustee against his will and/or against any and all protections of the laws and provisions of the

37. **"Constitution for the united States of America"**, the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan."

Document received by the MI Wayne 3rd Circuit Court.

38. **Federal Zone**: See - "Jurisdiction of the "Government of the United States" and of the "United States Corporation"

39. **Freedom of Speech**: Means the right to speak openly and plainly without the fear of reprisal. This includes the right of the Trustee to speak at hearings and trials, before magistrates, judges, officers of the court, Representatives, or the like, of the "government of the United States" or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States" or the "UNITED STATES Corporation". No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Trustee.

40. **Government of the United States**: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America" adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be to the spelling of the name of the constitutionally authorized "government of the United States". It is to be noted that the term "United States" as used here is "plural" and not "singular" in number, as is the name "UNITED STATES" used by the "imposter government" (i.e., "UNITED STATES Corporation") now acting as the "government of the United States'.

41. **Hold-harmless and Indemnity Agreement**: means Hold-harmless and Indemnity Agreement. This Agreement may be amended and modified in accordance with the Declaration of Trust.

42. **Ignore**: Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Trustee or Trust.

43. **Illegal Arrest**: Means same as below item #84, "Unlawful Arrest".

44. **Personal Capacity**: Means acting on one's behalf, in one's individual capacity, to do a thing. A Representative acting under law or color of law and ultra vires of the Representative's official capacity as assigned by the law or acting in violation of his/her oath(s) of office take on personal liability.

45. **Interpretation**: Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Trustee. The Trustee's decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Trustee due to his interpretation of such terms and or conditions.

46. **Interstate Detainer**: Means the same as unlawful detainer as when involving the Trustee and involving more than one Representative, agency or STATE of the "government of the United States" or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation of the "government of the United States" or the "UNITED STATES Corporation" or any subsidiary or sub-Corporation thereof,

47. **Jurisdiction of the "government of the United States" and of the "United States Corporation" (If indeed the later has any jurisdiction at all.)**: The constitutionally authorized "government of the United States" is recognized by the Trustee as having exclusive legislative jurisdiction only over the following geographic areas: l. The District of Columbia, as authorized by Article I. Section 8, Clause 17 of the Constitution for the united States of America; 2. Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legislatures of the States for purposes of erecting forts, magazines, arsenals,

Document received by the MI Wayne 3rd Circuit Court.

dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; and 3. Territories and possessions belonging to the Government of the United States, as authorized by Article 4, Section 3, Clause 2 of the Constitution for the united States of America. The imposter government - *'UNITED STATES Corporation" - while having no real jurisdiction, as no jurisdiction has been lawfully granted, can nevertheless have no claim, even under color of law, to exercise jurisdiction except in those areas where the constitutionally authorized "Government of the United States" has been granted jurisdiction by the sovereign people. The area just described over which the "Government of the United States" lawfully" exercises jurisdiction is also referred to as the "Federal Zone", and all private property held by the Trustee, which properties are located outside of the Federal Zone are therefore outside of the jurisdictions of the "Government of the United States" and the "UNITED STATES Corporation". Additionally, the constitutionally authorized "Government of the United States" is recognized by the Trustee as having jurisdiction only as to those matters which the sovereign people, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign people through their several State government and powers reserved to the States by the 1 0th Amendment to the Constitution for the united States of America. These are the facts and may be presented in any court by affidavit of the Trustee, where any property or property interest belonging to Trustee or Trust is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation" or any of its Representatives, as outlined in this Contract.

48. **Juristic person**: means an abstract, legal entity, Ens Legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; and imaginary entity such as TRUST, i.e. "SAVVYWISER INVESTMENTS & TRUST'" which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Trustee/Trustee/Beneficiaries. "From the earliest of times the law has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library. the historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to ways of men in carrying on their affairs through what is now the familiar device of the corporation--Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched". <u>Cardozo. J. in Berkley v. Third Avenue R. Co., 244 N.Y 84, 94</u>. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason" <u>U.S. v. SCOPHONY CORP OF AMERICA, 333 U.S. 795; 68 S. Ct. 855; 1948</u> UT TI Observation: A person has a property right in the use of his or her name which a person may transfer or assign. <u>Gracy v. Maddin, 769 S.W. 2nd 497</u> (Tenn. Ct. App. 1989).

49. **Lawful 4th Amendment Warrant**: Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

50. **Legal Counsel**: Means anyone that the Trustee or Trust chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association. Counsel may assist, represent,

Document received by the MI Wayne 3rd Circuit Court.

speak on behalf of, write cases for, or perform any act in or out of court for the Trustee or Trust without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States" or the "UNITED STATES Corporation", or any Representative thereof.

51. **Legal Status**: Means the two classes of Natural Men and Women recognized in the Constitution for the united States of America — "People" and "Persons". Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assigned to each legally recognized class of natural persons. Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned. See definitions for "People" and "Persons" below. Living, breathing, flesh-and-blood man means the Trustee "Karlos L. Harris," a sentient, living being, as distinguished from an artificial entity, juristic corporation, partnership, association, and the like. "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institution formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S E 70.

52. **Natural Man or Woman**: Means a sentient, flesh and blood, living, breathing, biological man or woman, created by Creator, as represented by the Upper- and Lower-Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents that is represented by the All-Capital Letter Name.

53. **52 Natural Man or Woman Trustee**: Means any flesh and blood, living, breathing Man or Woman, created by Creator, who notifies any Representative of the "government of the United States" or the "UNITED STATES Corporation", verbally or in writing, that he is not a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, Ens Legis, or Transmitting Utility, of, for, by, to the "united States of America", the "government of the United States", the "State of Michigan", i.e., "Republic of Michigan", or to the "UNITED STATES Corporation".This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents and is represented by SAVVYWISER INVESTMENTS & TRUST. Any attempt to notify any Representative of the status of the Trustee will be sufficient notice. Sufficient notice will be determined by oath, statement, or affidavit by the Trustee; and the validity of such will not be challenged by any officer of the court.

54. **Non obstinate**: means words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects and/or purposes.

55. **Obstruction of Justice**: Means any attempt by an officer of the court or Representative of any agency that represents the "government of the United States" or the "UNITED STATES Corporation", or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, threaten the Trustee or Trust in an attempt to prevent his any and every opportunity to legally/lawfully defend him/herself by attempting to produce and file lawful documents, and or testimony, to officers, judges, magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court from hindering the Trustee or Trust from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Trustee or Trust. Any evidence will be tried on merits of the

Document received by the MI Wayne 3rd Circuit Court.

lawful content and validity. Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Trustee upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court from making motions, orders such as Gag Orders or any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Trustee. This also includes the provision as indicated in item #63"Racketeering".

56. **Oppressing Government**: Means any Government or Representative thereof that shall have transgressed against Trustee or Trust or any of Trustee's or Trust's property, rights, privileges, capacities, or immunities in any respect.

57. **Peers**: Means the same as the definition of a Trustee.

58. **People**: The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France. The "People" are those who were the free inhabitants in the several States and their posterity (paupers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who established the constitutions for the several states, reserving unto themselves and their posterity the sovereignty of both the united States of America and the several states. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF MICHIGAN", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of America.

59. **Person**: The word "Person", when used in this Contract and written in Upper- and Lower-case letters shall mean a natural man or woman, and not a person. Further, a "Person" is distinguished from a "People", in that the "People", hold the sovereignty in the united States of America (see: "People" #57), and the "Persons" derive all of their rights and privileges from the "People", through the Constitution for the united States of America and the Constitutions for the several States. The "Persons" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenship status are defined at Amendment Fourteen of the Constitution for the united States of America.

60. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Trustee or Trust. No presumption shall prevail against

Document received by the MI Wayne 3rd Circuit Court.

the Trustee or Trust without lawful, documented evidence that supports the presumption, which is certified by the officers of the court, on and for the record, under penalty of perjury.

61. **Public Record**: Means any record or document placed into the public by the Trustee. For example, when this document is recorded at a Register of Deeds office or Secretary of States. it becomes a public record.

62. **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

63. **Racketeering**: Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Trustee from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan.". This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Trustee or Trust, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

64. **Reckless Endangerment**: Means any attempt by any officer of the court or Representative of "government of the United States" or the

65. **"UNITED STATES Corporation"**, as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Trustee or Trust. This includes dangerous driving in a car, use or threatened use of lethal or non-lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Trustee. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Trustee will be considered as truth.

66. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector, individual or Corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States" or the "UNITED STATES Corporation", or any of their Representatives, sub divisions or sub-Corporations.

67. **Rights and Defenses**: Means Trustee's or Trust legal and/or lawful right and/or ability to defend himself/ herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This includes tacit agreement or agreement by default; and the Trustee is never the defendant.

68. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

69. **Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of *'government of the

Document received by the MI Wayne 3rd Circuit Court.

United States" or the "UNITED STATES Corporation", that in any manner willfully causes adverse effects or damages upon the Trustee or Trust by an arrest, inhibition, detainment, restraint, deprivation, or prevention.

70. **Trustee**: In this Contract, the term "Trustee", means a *'Trustee/Trustee Creditor/Bailee", which means Karlos L. Harris, a natural, living, breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction and/or the appointment declared under declaration of trust appointing another or additional "Trustee/Trustee Creditor/Bailee" as stated therein.

71. **Sentient living being**: means the Trustee "███████████," a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.

72. **State**: The word "State", which is distinguished in this Contract by being written in upper and lower case letters, means any of the fifty independent sovereign nations, states and republics which make up the Union and are commonly referred to and known as states of the "united States of America" (For example: the "State of Michigan", i.e., "Republic of Michigan"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corporation" and any such *'State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

73. **STATE**: The word "STATE", which is distinguished in this Contract by being written in all upper case letters, means any of the de facto compact (Corporate) commercial states contracting within the "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF Michigan", or by whatever name same may currently be known or be hereafter named. STATES are a part of and subject to the jurisdiction of the "UNITED STATES Corporation" and are not States of the "united States of America". As a condition of this Contract, the Trustee will determine 1. Whether or not any State is a part of the "UNITED STATES Corporation", and 2. Whether the alleged offense occurred within the limits of the "UNITED STATES Corporation", and such determination will never be challenged by any Representative of the "UNITED STATES Corporation". A violation of this provision will be #87 Unlawful Determination and punishable as indicated by this Contract.

74. **Statute Staple Securities Instrument**: Means a registered (by way of the post office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Trustee.

75. **Strawman**: In this documentation the term "strawman" means the Debtor, i.e., ███████████ ████, LLC also known as ████████████████ ™ and any and all variations and derivatives of the spelling of said name, a front, a third party who is put up in name only for participating in a transaction. The "strawman" is synonymous with # 78. "Transmitting Utility".

76. **The Placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrance, or Attachment**: Means any attempt by any Representative of "government of the United States" or the "UNITED STATES Corporation", to place a lien, levy, garnishment, or attachment on the property or collateral of the Trustee or Trust. Any such Representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Trustee or Trust. Said Representative must guarantee in

Document received by the MI Wayne 3rd Circuit Court.

writing that the Representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representative have violated any laws or caused damage to the Trustee or Trust. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least Four (4) times the estimated value of the property that has a lien, or been levied, garnished, or attached. The assessment of value will be recorded via an affidavit by the Trustee and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative by the Trustee. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Trustee until such time as a determination has been made by a jury of twelve of the Trustee's Peers as defined herein. In the event that a jury of twelve of the Trustee's Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Trustee or Trust shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

77. **Trespassing/Trespass**: Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, amendment real estate, land, warrant, etc., and of the any Secured and all Party Representatives without Secured of Party's 'government express of written the United permission, States" or without the "UNITED a lawfully STATES executed fourth (4th) Corporation", will fully and completely observe any and all protections as outlined in the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in the Legal Notice and Demand document. Trustee solemnly swears and affirms that Trustee does not have any illegal contraband on Trustee or Trusts property; Trustee has never had any illegal contraband if on it or is around found on my said property and will never have will. been Secured introduced Party by simply the officers does not or agents allow it during on Secured time of Party's trespass. or Trusts Contraband property. or illegal Any items if they are found in a search do not belong to Trustee or Trust and may not be used in any attempt in any claim against me. Any and all Representatives of the "government of the United States" or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

Document received by the MI Wayne 3rd Circuit Court.

78. **Transmitting Utility**: the term "Transmitting Utility" means "█████████████████™", also known as █████████████████, LLC and any and all derivatives and variations in the spelling of said name.

79. **TRUST**: means "SAVVYWISER INVESTMENTS & TRUST" also known by any and all derivatives and variations in the spelling of said name", this is a trademarked entity with all rights reserved.

80. **Trustee**: means "████████████"

81. **UCC**: Herein the term "UCC" means Uniform Commercial code.

82. **Unalienable Rights (Inalienable Rights)**: Means Natural Rights given by Creator as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," of the Constitution of the State of Michigan such as, but not limited to right of enjoying and defending their lives and liberties; of acquiring, possessing, and protecting property; and of seeking and obtaining their safety and happiness.

83. **Unfounded Accusations**: Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Trustee; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

84. **UNITED STATES Corporation**: "UNITED STATES Corporation" means the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including, but not limited to the "STATE OF MICHIGAN", or by whatever name it may currently be known or be hereafter named (Exclusive of the "State of Michigan", i.e., 'Republic of Michigan').

85. **united States of America**: The term "united States of America", when used in this Contract is distinguished by being written in upper and lower case letters, except that the first letter of the first word, i.e., "united" is a lower case letter, and means that union of independent sovereign nations, states and republics, which as colonies of Great Britain and having declared their independence from Great Britain in The Declaration of Independence adopted July 4, 1776, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, states and republics in international law by the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd and its two addendums signed by the then Kings of Spain and France, and which independent sovereign nations and states did adopt the "Articles of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1787. The word "united States of America", when used in this Contract, does not include the UNITED STATES Corporation, as that term is defined herein.

86. **Unlawful Arrest**: Means restricting the Trustee's right to move about freely without the proper use of a Lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire,"

Document received by the MI Wayne 3rd Circuit Court.

"Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Trustee, created by Creator, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Trustee is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least two (2) eye witnesses, signed under oath and penalty of perjury.

87. **Unlawful Detainer**: Means any attempt by any officer of the court or Representative of the "government of the United      States" or the "UNITED STATES Corporation" to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Trustee without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Michigan." Any public law, statute, regulation, ordinance, or the like will be null and void and will not be used in any action in which the Trustee is involved.

88. **Unlawful Detention**: Means restraining the Trustee's freedom of movement, and/or Right to Travel, against his will for more than Sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Representative has been notified by the Trustee of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for the officer to examine said documents. Unlawful Determination: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Trustee or Trust, or group of Secured Parties, that is nonproven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other Representative of the "government of the United States" or the "UNITED STATES Corporation".

89. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Trustee or Trust that Trustee Represents without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any Representative, in any capacity, or relationship with the "government of the United States" or the "UNITED STATES Corporation" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

90. **Unlawful Restraint**: Means any action by any Representative to prevent, coerce, intimidate, hinder, or in any way limit the right of the Trustee or Trust from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any citizen of the United States or of the State of Michigan.

91. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one Ounce Silver Dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law, or the value established by the US MINT for the purchase of an official One Troy Ounce 99.999% Pure Silver Coin or One (1) Troy Ounce Bar of .999 Pure Gold, whichever is higher at the time of the offense.

Document received by the MI Wayne 3rd Circuit Court.

92. **Verbal Abuse**: Means the use of offensive, and /or threatening verbal words, body language, and nonverbal gestures or actions by any representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, upon the Trustee. If a controversy arises about an incident, the version told by the Trustee will be accepted as truth and will not be contested.

93. **Vessel in Commerce**: "vessel in commerce" means the strawman, █████████████████, LLC, and any and all derivatives and variations in the spelling of said name except █████████ a transmitting utility, an all-capital letter name representing the Strawman/Trust entity/Ens Legis for the use in commerce by which the Trustee/Trustee can participate in commerce and appear in court.

94. **Victim**: Means the Trustee or Trust who has received direct damages to themselves or their property as the result of an unlawful or illegal act by another.

95. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman or the property thereof.

96. **Willingly**: Means that a Trustee is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any Representative of any court or Corporation, including incorporated government.

97. **Written or Verbal Agreement**: Means any agreement entered into by the Trustee or Trust, written or verbal. Any question of any contract will be resolved by an affidavit from the Trustee or Trustee on Behalf of Trust. The Trustee's affidavit, whether on behalf of the Trustee or the Trust, will be considered fact in any action or dispute, without question of any Representative of any Corporation, including incorporated government.

If Invoiced, Payment is Due 21 Days after Receipt Date.

Make All Payments Payable to:

SAVVYWISER INVESTMENTS & TRUST
2801 W. Vernor Hwy.
Detroit, MI 48216

**Notice to the Principal is Notice to the Agent**

**Notice to the Agent is Notice to the Principal**

Document received by the MI Wayne 3rd Circuit Court.

# Exhibit "B"

BCS/CD-700 (Rev. 05/10)

**MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
BUREAU OF COMMERCIAL SERVICES**

Date Received

JAN 0 ⁷ 2011

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a
subsequent effective date within 90 days after received
date is stated in the document.

FILED

JAN 0 7 2011

Administrator
BUREAU OF COMMERCIAL SERVICES

Name ████████ LLC

City ████████    State
Michigan    ZIP Code
48198

EFFECTIVE DATE:

D52970

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## ARTICLES OF ORGANIZATION
### For use by Domestic Limited Liability Companies
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned executes the following Articles:

**ARTICLE I**

The name of the limited liability company is: ████████, LLC

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for
which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

**ARTICLE III**

The duration of the limited liability company if other than perpetual is: _____

**ARTICLE IV**

1. The name of the resident agent at the registered office is: ████████

2. The street address of the location of the registered office is:

████████           ████████        , Michigan    ████████
(Street Address)              (City)                              (Zip Code)

3. The mailing address of the registered office if different than above:

████████           ████████        , Michigan    ████████
(P.O. Box or Street Address)       (City)                              (Zip Code)

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

The business of the limited liability company is to be managed by managers.

Signed this 7th day of January, 2011

By ████████

████████
(Signature(s) of Organizer(s))

████████
(Type or Print Name(s) of Organizer(s))

MI 50— CLUB 14200

Document received by the MI Wayne 3rd Circuit Court.

# Exhibit "C"



**LLC**

Operating Agreement No. OA-001

Detroit, Michigan 48216
Phone:
Email:
Website:

Tax Identification No.: ██████221

Document received by the MI Wayne 3rd Circuit Court.

## PREAMBLE

This Operating Agreement is made and entered into as of November 22, 2010, by and between the Savvywiser Investments & Trust (hereinafter referred to as the "Trust"), acting through its Trustee, as the sole member and owner of ▮▮▮▮▮▮▮▮▮▮ LLC (hereinafter referred to as the "Company"), a Common Law and Equity-based entity recognized as a limited liability company under the laws of the State of Michigan.

Document received by the MI Wayne 3rd Circuit Court.

# ARTICLE I: FORMATION AND NAME

## 1.1 Formation:

The Company was privately established under Common Law and Equity principles as an entity operating under the Trust and is recognized under the Michigan Limited Liability Company Act by filing its Articles of Organization with the Michigan Department of Licensing and Regulatory Affairs.

## 1.2 Name:

The name of the Company is ▓▓▓▓▓▓▓▓▓ LLC.

## ARTICLE II: PURPOSE AND POWERS

**2.1 Purpose:** The Company is organized to engage in any lawful business activity permitted under the laws of the State of Michigan and to operate in accordance with Common Law and Equity principles. Without limiting the generality of the foregoing, the Company's activities may include, but are not limited to, investment management (such as structuring and administering financial portfolios of bonds, equity stocks, mutual funds, real estate, and commodities), trust administration (including the management, creation, and oversight of revocable and irrevocable trusts, asset protection trusts, and charitable remainder trusts), the provision of private lending solutions (including short-term lending, bridge loans, real estate financing, luxury asset lending, and private equity funding), and asset protection and wealth preservation (offering strategic financial planning and estate solutions aimed at safeguarding wealth and maintaining contractual autonomy). The Company shall have and may exercise all powers and privileges granted by the Michigan Limited Liability Company Act, or by any other applicable laws, that are necessary, appropriate, or advisable for the conduct of its business and the fulfillment of its purpose, as set forth in this Agreement.

**2.2 Powers:**

A. The Company, acting under the Trust and in accordance with Equity principles, shall have all powers necessary or desirable to fulfill its Purpose and to conduct its business in a lawful manner under the laws of the State of Michigan. Without limiting the generality of the foregoing, the Company may:

    (i) **Issue and Manage Financial Instruments.** Transact in financial instruments such as commercial paper, notes, bonds, and debentures, in compliance with all applicable federal and state laws;

    (ii) **Enter Private Agreements.** Conduct private, contractual transactions related to investment management, trust administration, and financial services, enforceable under Common Law and Equity;

(iii) **Hold and Manage Property.** Acquire, lease, sell, or otherwise deal with real and personal property for the benefit of the Trust and its beneficiaries;

(iv) **Raise and Manage Capital.** Borrow funds, issue debt instruments, and structure financial arrangements to support the Company's objectives;

(v) **Employ Personnel.** Retain employees, agents, and independent contractors to facilitate operations while maintaining the discretion and autonomy of the Company;

(vi) **Litigate and Defend Interests.** Initiate or defend legal actions as necessary to protect the Company's interests, with a preference for Common Law arbitration and other equitable resolution methods; and

(vii) **Engage in Any Other Lawful Activity.** Undertake any other activities necessary or advisable for the preservation, growth, and protection of wealth, in accordance with Common Law, Equity, and the laws of the State of Michigan.

B. The Company shall have and may exercise all such other rights, powers, and privileges as are authorized by the Michigan Limited Liability Company Act or any other applicable law that are necessary or appropriate to the conduct of its business, the fulfillment of its Purpose, and the exercise of its powers, as set forth in this Agreement.

## ARTICLE III: MEMBER

3.1 **Sole Member:** The Trust, acting through its Trustee, is the sole member and owner of 100% of the membership interests in the Company.

3.2 **Limited Liability:** The Member's liability is limited to its capital contributions, except as otherwise provided by law.

## ARTICLE IV: MANAGEMENT

4.1 **Management by Trustee:** The Company shall be managed by the Trustee of the Trust, who shall serve as the Manager.

4.2 **Powers of the Manager:** The Manager shall have full authority to make all decisions regarding the management and operation of the Company, including but not limited to:

(i) Issuing, endorsing, and managing financial instruments as authorized in Article II.
(ii) Managing and controlling the Company's assets and operations.
(iii) Entering into contracts and agreements on behalf of the Company.
(iv) Opening and maintaining Company bank accounts.
(v) Filing and paying taxes owed by the Company.
(vi) Employing advisors, agents, or employees as needed.

Document received by the MI Wayne 3rd Circuit Court.

4.3 **Appointment of Successor Manager**: In the event the Trustee is unable or unwilling to continue serving as Manager, a successor Manager shall be appointed by the Trustee or, if unavailable, by the governing board or majority beneficiaries of the Trust.

## ARTICLE V: CAPITAL CONTRIBUTIONS

5.1 **Initial Capital Contribution**: The Member has contributed the assets described in Schedule A attached hereto.

5.2 **Additional Contributions**: The Member is not required to make additional capital contributions but may do so at its discretion.

## ARTICLE VI: DISTRIBUTIONS

6.1 **Distributions**: All profits and losses of the Company shall be allocated to the Member. Distributions shall be made to the Member at the times and in the amounts determined by the Manager.

## ARTICLE VII: ACCOUNTING AND RECORDS

7.1 **Books and Records**: The Company shall maintain complete and accurate books and records of its business and affairs as required by the Act.

7.2 **Fiscal Year**: The fiscal year of the Company shall be the calendar year.

## ARTICLE VIII: TRANSFER OF INTERESTS

8.1 **Transfer**: The Member may transfer all or any part of its membership interest in the Company.

Document received by the MI Wayne 3rd Circuit Court.

## ARTICLE IX: DISSOLUTION

9.1 Events of Dissolution: The Company shall be dissolved upon the occurrence of any of the following events:

A. The written consent of the Member.
B. The entry of a decree of judicial dissolution under the Act.

9.2 Winding Up: Upon dissolution, the Company shall wind up its affairs and distribute its assets in accordance with the Act.

## ARTICLE X: MISCELLANEOUS

### 10.1 Governing Law & Sovereign Trust Principles

This Agreement is governed by and shall be construed in accordance with the Common Law of Trusts, Equity, and Private Contract Law, ensuring that all financial, asset management, and estate planning activities adhere to the principles of private fiduciary responsibility and wealth preservation.

A. The Trustee, as the legal steward of the Trust, exercises discretionary control over all trust assets, financial transactions, and business operations, ensuring alignment with fiduciary obligations.
B. While the Company is recognized under the laws of the State of Michigan, such recognition does not supersede the absolute sovereignty of the Trust and its governance under private contract law.
C. In cases where statutory law conflicts with the principles of private trust governance, the interpretation most favorable to trust asset protection, fiduciary discretion, and long-term wealth preservation shall take precedence.

### 10.2 Amendments & Fiduciary Integrity

This Agreement may only be amended through a written instrument signed by the Trustee, acting as the Manager on behalf of the Member (Savvywiser Investments & Trust).

A. Any amendment must uphold the core fiduciary principles of the Trust and shall not materially alter or diminish the rights, protections, or discretion of the Trustee without express written authorization.
B. The Trustee shall have final authority to determine whether an amendment aligns with the best interests of the Trust, its beneficiaries, and long-term asset management strategy.

Document received by the MI Wayne 3rd Circuit Court.

C. The Company shall only adhere to statutory financial regulations (e.g., the Securities Act of 1933 & 1934, the Investment Company Act of 1940, and the UCC) to the extent that such compliance does not infringe upon private contract rights, trust autonomy, or the core principles of asset protection.

## 10.3 Dispute Resolution & Exclusive Fiduciary Arbitration

Any disputes arising under or related to this Agreement shall be first submitted to private mediation, governed by Common Law arbitration and equitable dispute resolution doctrines.

A. If mediation fails, the parties agree to binding arbitration, conducted outside of statutory courts, under a private tribunal specializing in fiduciary and trust law.
B. No party, including beneficiaries, creditors, or external entities, may initiate statutory litigation against the Trust, the Trustee, or the Company without first exhausting all internal equitable remedies and private arbitration procedures.
C. Any litigation initiated without first following the prescribed private arbitration process shall be considered legally null and void, and may result in financial penalties or removal from trust participation.
D. If statutory litigation is unavoidable, the matter shall be exclusively adjudicated in a private, closed proceeding, with all **public disclosure strictly prohibited** under the terms of this Agreement.

## 10.4 Indemnification & Absolute Wealth Protection

The Company shall fully indemnify and hold harmless the Trustee, Manager, and all fiduciary officers against any legal claims, damages, regulatory actions, or financial losses incurred in the lawful execution of their fiduciary duties, except in cases of proven fraud, gross negligence, or willful misconduct.

A. The Trustee shall have sole discretion in determining what constitutes valid fiduciary action versus frivolous legal claims.
B. All trust assets shall be legally shielded from lawsuits, creditor claims, government seizures, and tax liabilities through structured trust mechanisms, sovereign estate planning, and private equity protections.
C. The Trust and its beneficiaries shall be exempt from personal liability, ensuring that all financial obligations remain strictly within the corporate and trust framework.
D. The Company shall maintain comprehensive liability insurance to further protect fiduciaries from personal legal exposure and preserve trust assets against external claims.

Document received by the MI Wayne 3rd Circuit Court.

## 10.5 Confidentiality & Fiduciary Duty of Absolute Non-Disclosure

The Trustee, Manager, and all Members acknowledge that all business records, financial transactions, trust structures, investment strategies, and proprietary asset holdings of the Company are private contractual matters, strictly governed by Common Law fiduciary principles.

A. No information shall be disclosed to external parties, including government agencies, regulatory bodies, or financial institutions, except where required by valid trust directives, lawful court orders, or explicit Trustee authorization.
B. Beneficiaries, stakeholders, and appointed fiduciaries are legally bound to uphold absolute confidentiality regarding all trust and asset management activities.
C. Unauthorized disclosure of any trust-related information shall be deemed a serious breach of fiduciary duty, subject to legal action, monetary damages, and potential removal from the Trust or Company governance.
D. All parties must sign a Non-Disclosure and Confidentiality Agreement (NDCA) before being granted access to proprietary trust information.

## 10.6 Severability & Sovereign Trust Continuity

If any provision of this Agreement is found to be invalid, unenforceable, or in conflict with statutory regulations, the remaining provisions shall remain fully enforceable, governed by trust law and equity principles.

A. The Trustee shall have the sole authority to restructure or replace any invalid provision to maintain the legal and fiduciary integrity of the Trust.
B. No legal challenge, regulatory intervention, or governmental overreach shall invalidate the fundamental principles of trust governance, private estate planning, and sovereign asset protection.
C. The Trust and Company shall remain in continuous operation, ensuring uninterrupted wealth management, estate planning, and financial oversight for current and future beneficiaries.

## ARTICLE XI: EXECUTION AND CERTIFICATION

IN WITNESS WHEREOF, the Member and Manager have executed this Operating Agreement as of the date first written above.

Document received by the MI Wayne 3rd Circuit Court.



Member (Savvywiser Investments & Trust):

By:   /S/ ██████████████████         Date: _11/22/2010_
      ██████████████████

Manager (██████████████LLC):

By:   /S/ ██████████████████  ─   Date: _11/22/2010_
      ██████████████  Trustee & Manager

Document received by the MI Wayne 3rd Circuit Court.

Exhibit "D"

Document received by the MI Wayne 3rd Circuit Court.

State of Michigan
Uniform Law Citation

Citation No. 25RF01136

US DOT #

Report No. 250003171

The People of [ ] the State of Michigan

or  ROMULUS

THE UNDERSIGNED SAYS THAT ON:

| | Mo. 02 | Day 19 | Yr. 25 | At approximately | [ ] A.M. 01:31 [ ] P.M. |

MI TCN

Sex W

AT OR NEAR  HANNAN RD

WITHIN [ ] CITY [ ]VILLAGE [ ] TOWNSHIP OF  ROMULUS

COUNTY OF  WAYNE

DISTRACTED DRIVING  PAY $100 OR REQUEST A HEARING WITHIN 14 DAYS

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s):

1  58-30

LASER 84/70MPH @ 347FT - LEFT LANE

GOOD RECORD, REDUCED TO DO - 0 POINTS WHEN PAID WITHIN 14 DAYS.    CAMERA -4

In the 34TH DISTRICT COURT  Court of ROMULUS

34TH DISTRICT COURT
11120 S. WAYNE ROAD - ROMULUS, MI 48174
(734) 941-4462    WWW.34THDISTRICTCOURT.COM

I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

KOSOSKI    | Mo. 02 | Day 19 | Yr. 25 |

KOSOSKI    Officer's ID No. 00133

Agency ORI  8270900    Agency Name  ROMULUS POLICE DEPARTMENT

---

CIVIL INFRACTION - READ CAREFULLY

WARNING: If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

ADMIT RESPONSIBILITY by mail, in person, or by representation.

[ ] Charge 1 Signature _____ Date _____
[ ] Charge 2 Signature _____ Date _____
[ ] Charge 3 Signature _____ Date _____

ADMIT RESPONSIBILITY WITH EXPLANATION.

[ ] Charge 1 Signature _____ Date _____
[ ] Charge 2 Signature _____ Date _____
[ ] Charge 3 Signature _____ Date _____

DENY RESPONSIBILITY. To deny responsibility you must either:

[ ] Charge 1  [ ] Charge 2  [ ] Charge 3  [ ] Charge 4

VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS

OFFICER CERTIFICATION

For Charges [ ] Charge 2 Signature _____ on front of ticket.
[ ] Charge 3 Signature _____ on front of ticket.

PLEASE NOTE  If you do not understand these instructions or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance or hearing date specified on the front of this citation.

CIVIL INFRACTION COPY

**Exhibit "E"**

| | | |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0877<br><br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2024 | Acquisition or Abandonment of Secured Property |
| LENDER'S TIN | BORROWER'S TIN<br>38-6006334 | **1** Date of lender's acquisition or knowledge of abandonment<br>02/19/2025 | **2** Balance of principal outstanding<br>$180000.00 | Copy B<br>For Borrower |
| BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>34th District Court<br>Alan Hindman, Court Administrator<br>11129 Wayne Road<br>Romulus MI 48174<br>US<br>7349414462 | | **4** Fair market value of property<br>$180000.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| | **5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . ▶ ☑ | |
| Account number (see instructions)<br>6223422671112 | **6** Description of property<br>Audit Account: 2025-25RP01136-ON | |

Form **1099-A** (Rev. 1-2022)       www.tax1099.com - IRS Approved e File Provider       www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. **Box 3.** Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Document received by the MI Wayne 3rd Circuit Court.

**Exhibit "F"**

☐ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no | Applicable checkbox on Form 8949 B | OMB No. 1545-0715 2024 Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|

**1a Description of property (Example: 100 sh. XYZ Co.)**
Audit Account 2025-25RP01136-ON

| PAYER'S TIN | RECIPIENT'S TIN 38-6006334 | 1b Date acquired 01/01/2024 | 1c Date sold or disposed 12/31/2024 | |
|---|---|---|---|---|

RECIPIENT'S name, address, City or town, state or province, ZIP/ postal code & Country
34th District Court
Alan Hindman, Court Administrator
11129 Wayne Road
Romulus MI 48174
US
7349414462

**Copy B For Recipient**

| 1d Proceeds $ 180000.00 | 1e Cost or other basis $0.00 |
|---|---|
| 1f Accrued market discount $0.00 | 1g Wash sale loss disallowed $0.00 |
| 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | 3 If checked, proceeds from: Collectibles ☐ QOF ☐ |
| 4 Federal income tax withheld $ 0.00 | 5 If checked, noncovered security ☐ |

Account number (see instructions)
832933826734

| 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ |
|---|---|

CUSIP number | FATCA filing requirement ☐

| 8 Profit or (loss) realized in 2024 on closed contracts $0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2023 $0.00 |
|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 14 State name | 15 State identification no. | 16 State tax withheld $ 0.00 |
|---|---|---|

| 10 Unrealized profit or (loss) on open contracts—12/31/2024 $0.00 | 11 Aggregate profit or (loss) on contracts $0.00 |
|---|---|
| 12 If checked, basis reported to IRS ☐ | 13 Bartering $1800000.00 |

**Form 1099-B**
**Instructions for Recipient**

www.tax1099.com - IRS Approved e File Provider          www.irs.gov/Form1099B

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

Recipient's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
Account number. May show an account or other unique number the payer has assigned to distinguish your account.
CUSIP number. Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
BFATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
Applicable checkbox on Form 8949. Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
Box 1a. Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

Box 1b. This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.
Box 1c. Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
Box 1d. Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
Box 1e. Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
(Continued on the back of Copy 2.)

Document received by the MI Wayne 3rd Circuit Court.

# Exhibit "G"

# Form 3949-A Information Referral

## Statement of Facts

I, ████████████ submit this statement regarding suspected violations of federal tax laws and financial misconduct involving the 34th District Court and associated public officials. This complaint pertains to activities constituting Public/Political Corruption, False/Altered Documents, Unreported Income, Failure to File Return, and Failure to Pay Tax.

1. Unlawful Use of a Trade Name and Creation of Fraudulent Financial Instruments
On February 19, 2025, Officer Kosoki (Badge #00135) of the Romulus Police Department issued Citation No. 25R01136 in the name of "████████████" This name is the legally recognized property of ████████████ LLC, which is owned by and held in the trust Savvywiser Investments and Trust, both of which I administer. Neither the Romulus Police Department nor the 34th District Court holds any contractual agreement or power-of-attorney authorizing them to use this trade name to create neither taxable obligations nor financial instruments. Despite this, when court administrators received the citation, it was processed under the court case number 2025-25RP01136-ON and subsequent bonds were created without my lawful consent or agreement.

The creation of a taxable obligation in lieu of my expressed agreement on behalf of the trust constitutes Public/Political Corruption, False/Altered Documents, Unreported Income, Failure to File Return, and Failure to Pay Taxes. This unauthorized act has led to the creation of municipal bonds that 34th District Court has pooled with others and offered as an investment via the Court Registry Investment System.

2. Fraudulent or Unauthorized Revenue Generation
By processing and attempting to enforce Citation No. 2025-25RP01136-ON, the 34th District Court has created a taxable obligation that lacks legal authority. The court, acting without my consent, has engaged in an unlawful demand for taxes based upon falsified financial instruments. This raises concerns regarding:

The legitimacy of other similar financial instruments issued by the court.
Whether revenue from such taxable events has been properly recorded and reported.

3. Potential Tax Evasion and Unreported Income
If funds generated from these citations and other similar instruments are not properly reported as income by the court or other associated government entities, this constitutes a failure to report taxable income. Furthermore, if such revenue is redirected or misallocated without proper accounting, it may indicate misappropriation of public funds and fraudulent reporting to the IRS.

Document received by the MI Wayne 3rd Circuit Court.

4. Failure to File and Pay Taxes on Unlawfully Generated Revenue
If the 34th District Court or its officers are collecting payments from citations like 2025-25RP01136-ON and failing to file tax returns reflecting these earnings, this constitutes a violation of federal tax law. Additionally, if the individuals involved are personally benefiting from these funds without proper documentation, it may indicate an intent to evade taxes.

5. Public/Political Corruption through Abuse of Authority for Financial Gain
The actions of the 34th District Court and the Romulus Police Department demonstrate a pattern of behavior in which falsified taxable events and financial instruments are created and enforced under the color of law.  The issuance of unauthorized citations and subsequent pursuit of payment suggest:

An intent to create unlawful revenue streams using false or misleading documents and instruments.
Abuse of public office for financial gain.

These activities represent a systematic scheme in which false obligations are imposed on individuals, and payments are extracted under the pretense of lawful enforcement. If revenue generated from these actions is not properly reported or is misallocated, this constitutes tax fraud and public corruption.

Conclusion
It is therefore that I request that the Internal Revenue Service investigate the financial activities of the 34th District Court and its administrative officers to determine whether federal tax laws have been violated.

Signed,



Grantor,

Thank you for your submission.

The reference number assigned to this referral is F3948A9322632E.

Document received by the MI Wayne 3rd Circuit Court.

There is no need to mail a copy or submit the referral via mail. Doing so could cause a delay in processing your referral. If you could not upload large files or you have physical items to support the referral, please be sure to include the reference number above and mail it to:

Internal Revenue Service
ATTN: F3949A9322632E
PO BOX 3801
Ogden, UT 84409

We will not provide a status update on this case, if you provided contact information, we may contact you if additional information is needed. When submitting additional information, use the reference number provided.

We never share this information with the person or business you are reporting.

Document received by the MI Wayne 3rd Circuit Court.

# Exhibit "H"

## Your CUSIP Results are as follows:

█████████████████ [CC 2025-25R-P01136-[ON] [CASE])

PIMCO Municipal Bond Fund
Symbol:                    PMLAX
CUSIP:                     693391617

Inception Date:            12 31 1997
Net Assets:                $3,521,168,000.00 as of
                           2 8 2025

## A little about the Fund:

PIMCO Municipal Bond Fund seeks high current income exempt from federal income tax, consistent with preservation of capital by investing in debt securities whose interest is, in the opinion of bond counsel for the issuer at the time of issuance, exempt from federal income tax. The Fund's benchmark is Bloomberg Municipal Bond Index.



Document received by the MI Wayne 3rd Circuit Court.

# Exhibit "I"

CITY OF ROMULUS,

                     Plaintiff

Case No. 2025-25RP01136-ON
Magistrate: Alan Hindman
Dated: April 2, 2025



                     Defendant.

_____/


## PRAECIPE TO THE CLERK OF COURT

TO: Clerk of the Court


PLEASE TAKE NOTICE that the undersigned respectfully requests and instructs the Clerk of the Court to file, docket, and distribute to the appropriate judicial officer the following pleadings submitted on behalf of the Defendant in the above-captioned matter:

1. Motion to Dismiss Due to Lack of Jurisdiction, Judicial Misconduct, and Conversion of Trust Property;

2. Motion for Special Appearance and Status Correction

3. Motion to Compel Discovery of Liability Insurance Policies and Financial Instrumentation;

4. Motion to Suppress All Evidence Due to Violation of Due Process, Lack of Jurisdiction, and Judicial Misconduct;

5. Judicial Notice of Trust Fee Schedule and Licensing Terms

Document received by the MI Wayne 3rd Circuit Court.

6.  Motion for Bill of Particulars to Clarify Basis of Claim, Party Identification, and
    Jurisdiction.

Further, the Clerk is hereby notified that:

I, ▮▮▮▮▮▮▮▮▮ as the Grantor and Trustee of SAVVYWISER INVESTMENTS & TRUST, has in

fact demanded an Internal Revenue Service audit and investigation into the financial handling of

this matter, including any creation or use of financial instruments and/or proceeds related to

citation number 25RP01136.

The subject of the audit includes potential monetization or conversion of trust property resulting

in revenue to the City of Romulus and/or its judicial affiliates. The matter is now under IRS

scrutiny and may involve potential violations of federal statutes, including 18 U.S.C. §§ 1341,

1343, 241, and 242.

Therefore, as the Clerk of this Court,  you are hereby instructed to advise all court administrators

of the demanded and expected forensic tax audit in this matter.

Document received by the MI Wayne 3rd Circuit Court.



# Register of Actions

| STATE OF MICHIGAN<br>34TH JUDICIAL DISTRICT<br>ORI820045J<br>PIN: 250003171 | REGISTER OF ACTIONS | CASE NO: 25RP01136 D01 ON<br><br>STATUS: PEND |
|---|---|---|

JUDGE OF RECORD: HINDMAN,ALAN, # 531
JUDGE:

CITY OF ROMULUS v

```
                                              CTN:
                                              TCN:
                                              SID:
                                       ENTRY DATE: 02/20/25
                                     OFFENSE DATE: 02/19/25  131 PM
                                      ARREST DATE:
DEF PHONE: ███████████        VEHICLE TYPE: PA        VPN: MI EXY7932 25
DOB: #########  SEX: M  RACE: W  DLN: ##############  CDL: N
VEH YR: 2017    VEH MAKE: CADI   VIN: 1GYS4JKJ9HR191105 PAPER PLATE:
```

| OFFICER: KOSOSKI/CHRIS/ | DEPT: ROMULUS POLICE DEPT |
|---|---|
| PROSECUTOR: GRECO,DAVID F., | BAR#: P-53523 |
| VICTIM/DESC: | VENUE: CITY OF ROMULUS |

CNT: 01 C/M/F: C D0029                     PACC#
DISTRACTED DRIVING
ARRAIGNMENT DATE:          PLEA:                PLEA DATE:
FINDINGS:            DISPOSITION DATE:
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| 120.00 | 0.00 | 40.00 | 0.00 | 20.00 | 0.00 | 180.00 | 180.00 |

JAIL SENTENCE:            PROBATION:
VEH IMMOB START DATE:            NUMBER OF DAYS:        VEH FORFEITURE:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

```
02/19/25
  01   ORIGINAL CHARGE        DIST DRIVE                        NRF
       ORDINANCE FINE & COSTS            $120.00                NRF
       STATE COSTS - TRAFFIC CIVIL INFRACTION  $40.00           NRF
       FUND                             $20.00                  NRF
02/20/25
       FILING DATE            022025                            NRF
  01 DUE DATE                 030525                            NRF
03/03/25
       MISCELLANEOUS ACTION   ALL COUNTS                        NRF
       SCHEDULED FOR REVIEW   033125                            NRF
       W/AES TO BE SET FOR INFORMAL                             NRF
       EMAILED DEF TO ADVISE OF SAME                            NRF
       ALL CONTACT INFORMATION VERIFIED (ADDRESS, TX, EMAIL)    NRF
       DEF CALLED IN REQ AN INFORMAL HEARING                    NRF
03/10/25
       MISCELLANEOUS ACTION    ALL COUNTS                       MLL
       RECEIVED VIA USPS 1099-A LISTING DEF AS                  MLL
       LENDER TO THE 34TH DISTRICT COURT                        MLL
       KRISTYN PIERFELICE, COURT ADMINISTRATOR                  MLL
       BALANCE OF PRINICIPLE OUTSTANDING $1800.00               MLL
```

34TH JUDICIAL DISTRICT COURT
11129 WAYNE ROAD
ROMULUS, MI 48174
734-941-4462

# Register of Actions

NAME: ███████████████        CASE NO: 25RP01136    PAGE    2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

```
03/11/25
 01  MISCELLANEOUS ACTION      DIST DRIVE                        NRF
     JUDGE OF RECORD/MAGISTRATE CHANGED                          NRF
       FROM:     0 NO SPECIFIC JUDGE                             NRF
         TO:   531 HINDMAN,ALAN,                                 NRF
     REMOVED FROM CALENDAR      033125                           NRF
     SCHEDULED FOR INFORMAL HEARING                              NRF
                 041025  930A  HINDMAN,ALAN,      # 531          NRF
     ZOOM INFORMAL HEARING | NTA MAILED TO DEF                   NRF
     NOTICE TO APPEAR-CIVIL INFRACTION GENERATED                 NRF
                              DIST DRIVE                         NRF
03/19/25
     MISCELLANEOUS ACTION      ALL COUNTS                        MLL
     RECEIVED VIA USPS TAX FORM 1099-B 2024                      MLL
     LISTING DEF AS PAYER RECIPIENT AS THE                       MLL
     34TH DISTRICT COURT KRISTYN PIERFELICE,                     MLL
     COURT ADMINISTRATOR. FEDERAL INCOME TAX                     MLL
     MISCELLANEOUS ACTION      ALL COUNTS                        MLL
     WITHHELD $432.00, DATE AQUIRED, 2/19/2025,                  MLL
     PROCEEDS, $1800.00.                                         MLL
     MISCELLANEOUS ACTION      ALL COUNTS                        MLL
     TAX DOCUMENTS TOT COURT ACCOUNTANT FOR                      MLL
     FURTHER INVESTIGATION.                                      MLL
04/04/25
     MISCELLANEOUS ACTION      ALL COUNTS                        MMS
     EMAIL W/ MOTIONS RECD FROM DEF                              MMS
     EMAIL/MOTIONS ON MMS'S DESK TO BE PUT W/                    MMS
     TICKET FOR HEARING                                          MMS
04/07/25
 01  MISCELLANEOUS ACTION      DIST DRIVE                        MMS
     MOTIONS GIVEN TO AES FOR DOCKET                             MMS
04/10/25
 01  MISCELLANEOUS ACTION      DIST DRIVE                        MMS
     PER AH SET FOR FORMAL W/BAO                                 MMS
     MISCELLANEOUS ACTION      DIST DRIVE                        MMS
     SCHEDULED FOR REVIEW      041525                            MMS
     EMAIL TO MS FOR FORMAL DATE                                 MMS
     MISCELLANEOUS ACTION      ALL COUNTS                        MMS
     OK PER AH TO SET W/TAP AS SHE HAS ROMULUS                   MMS
     DOCKET                                                      MMS
     MISCELLANEOUS ACTION      ALL COUNTS                        MMS
     EMAIL TO MJKB FOR FORMAL DATE                               MMS
     MISCELLANEOUS ACTION      ALL COUNTS                        MMS
     REMOVED FROM CALENDAR      041525                           MMS
     SCHEDULED FOR FORMAL HEARING                                MMS
                 051525 1115A  PATTON,TERESA ARLAI P-61921       MMS
     MISCELLANEOUS ACTION      ALL COUNTS                        MMS
     PROS GRECO,DAVID F.,                          P-53523       MMS
     NOTICE TO APPEAR GENERATED                                  MMS
                              ALL COUNTS                         MMS
 01  NOTICE TO APPEAR GENERATED                                  MMS
     COMMENTS:                                                   MMS
        ONLINE COURTHOUSELINK FOR WAITING RM                     MMS
        CTRM#3 OR ID 9330578570, 15 MIN PRIOR                    MMS
```

34TH JUDICIAL DISTRICT COURT
11131 WAYNE ROAD
ROMULUS, MI 48174
734-941-4462

# Register of Actions

NAME: ███████████████          CASE NO: 25RP01136     PAGE    3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|

05/01/25
    MISCELLANEOUS ACTION      ALL COUNTS                              MLL
    DEF FILED 25-005540-CZ IN CIRCUIT COURT                            MLL

       ***** END OF REGISTER OF ACTIONS ***** 05/01/25 17:26

ZZW0303A  4446 1 MB 0.622
7000011657 00.0015.0025 4446/1

34TH DISTRICT COURT
KRISTYN PIERFELICE, COURT ADMINISTRATOR
11129 WAYNE ROAD
ROMULUS MI 48174-1472



☐ **CORRECTED (if checked)**

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | Form **1099-A** (Rev. January 2022) For calendar year 2024 | |
| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment 02/19/2025 | 2 Balance of principal outstanding $ 1,800.00 | **Copy B For Borrower** |
| BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code | | 3 | 4 Fair market value of property $ 1,800.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other |
| 34TH DISTRICT COURT KRISTYN PIERFELICE, COURT ADMINISTRATOR 11129 WAYNE ROAD ROMULUS, MI 48174 US | | 5 If checked, the borrower was personally liable for repayment of the debt  . . . . . . . . . . ☒ ☑ | | sanction may be imposed on you if taxable income results from this transaction and that it has not been reported. |
| | | 6 Description of property Case: 25-25RP01136-ON  & all securities | | |
| Account number (see instructions) 284458661114 | | | | |

Form **1099-A** (Rev. 1-2022)  (keep for your records)          www.irs.gov/Form1099A          Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.



ZZY0310A  3302 1 MB 0.622
4000007110 7076/1

34TH DISTRICT COURT
KRISTYN PIERFELICE, COURT ADMINISTRATOR
11129 WAYNE ROAD
ROMULUS MI 48174-1472

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 **2024** Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| | **1a** Description of property (Example: 100 sh. XYZ Co.) CASE 25-25RP01136-ON & ALL SECURITIES | | |
| | **1b** Date acquired 02/19/2025 | **1c** Date sold or disposed | **Copy B For Recipient** |
| | **1d** Proceeds $ 1,800.00 | **1e** Cost or other basis $ 0.00 | |
| PAYER'S TIN | RECIPIENT'S TIN | **1f** Accrued market discount $ 0.00 | **1g** Wash sale loss disallowed $ 0.00 |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code 34TH DISTRICT COURT KRISTYN PIERFELICE, COURT ADMINISTRATOR 11129 WAYNE ROAD ROMULUS, MI 48174 US | **2** Short-term gain or loss Long-term gain or loss Ordinary ☐ | **3** If checked, proceeds from: Collectibles ☐ QOF ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | **4** Federal income tax withheld $ 432.00 | **5** If checked, noncovered security ☐ | |
| | **6** Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | **7** If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions) 622342267415 | **8** Profit or (loss) realized in 2024 on closed contracts $ 0.00 | **9** Unrealized profit or (loss) on open contracts—12/31/2023 $ 0.00 | |
| CUSIP number | FATCA filing requirement ☐ | **10** Unrealized profit or (loss) on open contracts—12/31/2024 $ 0.00 | **11** Aggregate profit or (loss) on contracts $ 0.00 |
| **14** State name MI | **15** State identification no. | **16** State tax withheld $ 0.00 $ | **12** If checked, basis reported to IRS ☐ | **13** Bartering $ 0.00 |

Form 1099-B          (Keep for your records)          www.irs.gov/Form1099B          Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 **2024** Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| | **1a** Description of property (Example: 100 sh. XYZ Co.) CASE 25-25RP01136-ON & ALL SECURITIES | | |
| | **1b** Date acquired 02/19/2025 | **1c** Date sold or disposed | **Copy 2 To be filed with recipient's state income tax return, when required.** |
| | **1d** Proceeds $ 1,800.00 | **1e** Cost or other basis $ 0.00 | |
| PAYER'S TIN | RECIPIENT'S TIN | **1f** Accrued market discount $ 0.00 | **1g** Wash sale loss disallowed $ 0.00 |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code 34TH DISTRICT COURT KRISTYN PIERFELICE, COURT ADMINISTRATOR 11129 WAYNE ROAD ROMULUS, MI 48174 US | **2** Short-term gain or loss Long-term gain or loss Ordinary ☐ | **3** If checked, proceeds from: Collectibles ☐ QOF ☐ | |
| | **4** Federal income tax withheld $ 432.00 | **5** If checked, noncovered security ☐ | |
| | **6** Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | **7** If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions) 622342267415 | **8** Profit or (loss) realized in 2024 on closed contracts $ 0.00 | **9** Unrealized profit or (loss) on open contracts—12/31/2023 $ 0.00 | |
| CUSIP number | FATCA filing requirement ☐ | **10** Unrealized profit or (loss) on open contracts—12/31/2024 $ 0.00 | **11** Aggregate profit or (loss) on contracts $ 0.00 |
| **14** State name MI | **15** State identification no. | **16** State tax withheld $ 0.00 $ | **12** If checked, basis reported to IRS ☐ | **13** Bartering $ 0.00 |

Form 1099-B          www.irs.gov/Form1099B          Department of the Treasury - Internal Revenue Service